UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jan Burgess, etc.

          Plaintiff(s),        Case No. 17-11218

v.        Honorable George Caram Steeh

United States of America,        Magistrate Judge David R. Grand

          Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No. __17-10291__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Linda V. Parker__ and Magistrate Judge __R. Steven Whalen__.

                                                        s/George Caram Steeh
                                                        George Caram Steeh
                                                        United States District Judge

                                                        s/Linda V. Parker
                                                       Linda V. Parker
                                                       United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: __CIVIL__

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __April 21, 2017__                         s/ S Schoenherr
                                                      Deputy Clerk

cc:     Parties and/or counsel of record
         Honorable Linda V. Parker