UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAN BURGESS, et al.,

            Plaintiffs,                 Civil No. 4:17-cv-11218

v.                                  Hon. Linda V. Parker
                                  Mag. Judge R. Steven Whalen

UNITED STATES OF AMERICA,

            Defendant.

_____ /

**NOTICE OF WITHDRAWAL OF ATTORNEY ADAM M. DINNELL**

      Please withdraw the appearance of Adam M. Dinnell as counsel for

Defendant United States.  The undersigned will be leaving government service to

enter private practice in Houston, Texas.  Bethany J. Henneman (Doc. 24), Michael

L. Williams (Doc. 22), and Sarah B. Williams (Doc. 17) will continue to serve as

counsel of record for the United States with Michael L. Williams designated as

new lead counsel.

Dated:  August 11, 2017

Respectfully submitted,


*s/ Adam M. Dinnell*
ADAM M. DINNELL
Senior Trial Counsel (TX Bar #24055405)
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts
1331 Pennsylvania Ave., NW, 8000S
Washington, DC 20004
E-mail: Adam.Dinnell@usdoj.gov
Phone: 202-616-4211
Fax: 202-616-4473


## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2017, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.


*s/ Adam M. Dinnell*
ADAM M. DINNELL

2