UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAN BURGESS, et al.,

       Plaintiffs,                      Civil No. 4:17-cv-11218

v.                                        Hon. Linda V. Parker
                                        Mag. Judge R. Steven Whalen

UNITED STATES OF AMERICA,

       Defendant.
_____/

**NOTICE OF WITHDRAWAL OF ATTORNEY BETHANY J. HENNEMAN**

      Please withdraw the appearance of Bethany J. Henneman as counsel for Defendant United States. The undersigned will be transferring from the Department of Justice to another federal agency. Michael L. Williams (Doc. 22), Thomas G. Ward (Doc. 27), Eric Rey (Doc. 50), and Sarah B. Williams (Doc. 17) will continue to serve as counsel of record for the United States.

Dated: July 16, 2018

                                                Respectfully submitted,

                                                *s/ Bethany J. Henneman*
                                                BETHANY J. HENNEMAN
                                                Trial Counsel (MD Attorney #1512150313)
                                                United States Department of Justice
                                                Civil Division, Torts Branch
                                                Environmental Torts
                                                175 N Street N.E.
                                                Washington, DC 20001
                                                E-mail: Bethany.J.Henneman@usdoj.gov
                                                Phone: 202-616-4447
                                                Fax: 202-616-4473

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*s/ Bethany J. Henneman*
BETHANY J. HENNEMAN
