# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JAN BURGESS, and all 1,703 individuals identified in the Burgess FTCA Administrative Complaint,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 4:17-cv-11218-LVP-RSW<br><br>Hon. Linda V. Parker<br>Magistrate Judge R. Steven Whalen |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Jessica B. Weiner of Cohen Milstein Sellers & Toll PLLC files this notice of appearance on behalf of Plaintiffs Jan Burgess, and all 1,703 individuals identified in the Burgess FTCA Administrative Complaint.

Dated: February 1, 2019

Respectfully submitted,

*/s/ Jessica B. Weiner*
Jessica B. Weiner
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue NW
Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
jweiner@cohenmilstein.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF, which will send notification of such filing to all counsel of record.

Dated:  February 1, 2019                    */s/ Jessica B. Weiner*
                                                            Jessica B. Weiner