UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAN BURGESS, et al.,

        Plaintiffs,                Civil No. 4:17-cv-11218

v.                                    Hon. Linda V. Parker
                                        Mag. Judge R. Steven Whalen

UNITED STATES OF AMERICA,

        Defendant.

_____/

**NOTICE OF WITHDRAWAL OF ATTORNEY SARAH WILLIAMS**

Please withdraw the appearance of Sarah Williams as counsel for the Defendant United States. The undersigned will be transferring to a different section of the Department of Justice. Michael L. Williams (Doc. 22), Thomas G. Ward (Doc. 27) and Eric Rey (Doc. 50) will continue to serve as counsel of record for the United States.

Dated:  July 23, 2018

                                                Respectfully submitted,

                                                *s/ Sarah Williams*
                                                SARAH WILLIAMS
                                                Trial Attorney (DC Attorney #1006622)
                                                United States Department of Justice
                                                Civil Division, Torts Branch
                                                Environmental Torts
                                                175 N Street N.E.
                                                Washington, DC 20001

                                        E-mail: Sarah.Williams@usdoj.gov  
                                        Phone: 202-616-4269  
                                        Fax: 202-616-4473

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*s/ Sarah Williams*
SARAH WILLIAMS
