UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAN BURGESS, and all 2,959 individuals
identified in the Burgess FTCA administrative

        Plaintiff(s),

v.

UNITED STATES OF AMERICA,

        Defendant(s).
_____/

Case No. 17-11218

Judge Linda V. Parker

Magistrate Judge R. Steven Whalen

**NOTICE OF CORRECTION**

Docket entry number __85__, filed __September 27, 2019__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [x] Other: Incorrect Title of Document

If you need further clarification or assistance, please contact __R. Loury__ at __(313) 234-5524__.

DAVID J. WEAVER, CLERK OF COURT

Dated: September 27, 2019

s/R. Loury
Deputy Clerk