# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAN BURGESS, and all 2,959 individuals identified in the Burgess FTCA Administrative Complaint,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

Case No.: 4:17-cv-11218-LVP-RSW

Hon. Linda V. Parker
Magistrate Judge R. Steven Whalen

## SUPPLEMENTAL NOTICE OF SCREENING PURSUANT TO D.C. RULE OF PROFESSIONAL RESPONSIBILITY 1.11

On January 13, 2020, Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein" or the "Firm"), counsel for Plaintiffs, gave notice that effective January 13, 2020, it has employed Leonardo Chingcuanco, former Associate Regional Counsel, U.S. Environmental Protection Agency ("EPA"), Region 5. In accordance with D.C. Rule of Professional Responsibility 1.11, Mr. Chingcuanco sent a letter to the EPA, attached here as Exhibit A, describing the screening measures taken by the Firm.

Dated: January 15, 2020                    Respectfully submitted,

*/s/ Theodore J. Leopold*
Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard
Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400 Telephone
tleopold@cohenmilstein.com

Emmy L. Levens
Jessica B. Weiner
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW
Suite 500
Washington, DC 20005
(202) 408-4600 Telephone
elevens@cohenmilstein.com
jweiner@cohenmilstein.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on January 15, 2020.

Dated: January 15, 2020   */s/ Jessica B. Weiner*

Jessica B. Weiner
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500
Washington, DC 20005
(202) 408-4600
jweiner@cohenmilstein.com