UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FTCA Flint Water Cases | Civil No. 4:17-cv-11218 (Consolidated) |
| This Order Relates to:<br>ALL CASES | Linda V. Parker<br>United States District Judge |

**STIPULATED ORDER EXTENDING  TIME TO SUBMIT PROPOSED JOINT OR COMPETING CASE MANAGEMENT ORDER No. 4**

The parties by and through counsel hereby agree and stipulate to extending the deadline for submission of an agreed upon Case Management Order No. 4 ("CMO 4"), or competing versions of CMO 4 if necessary, from Friday January 28, 2022, to Wednesday February 2, 2022.

The parties met and conferred regarding CMO 4 on January 25, 2022, and have exchanged a draft CMO and a red-lined draft response. The parties agree that a short period of additional time to conduct additional negotiations about the specific terms and conditions of the CMO would likely be beneficial to reaching an agreed upon CMO 4, or, at the least, significantly narrowing any remaining areas of disagreement. A short extension of time until February 2, 2022, will not affect any other deadlines or hearings currently set by the Court.

Accordingly, the parties agree, and the Court orders, that the deadline for the parties to submit a proposed joint CMO 4 or to submit competing versions of CMO 4, if necessary, is extended to **February 2, 2022**.

**IT IS SO ORDERED.**

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: January 28, 2022

Dated : January 28, 2022

                                        Respectfully submitted,

                                        *s/ Jason T. Cohen*
                                        Jason T. Cohen (ME Bar #004465)
                                        Michael L. Williams (DC Bar #471618)
                                        Eric Rey (DC Bar #988615)
                                        Trial Attorneys
                                        United States Department of Justice
                                        Civil Division, Torts Branch
                                        Environmental Tort Litigation
                                        175 N Street, NE
                                        Washington, DC 20002
                                        E-mail: Jason.T.Cohen@usdoj.gov
                                        Phone: 202-514-0335
                                        Fax: 202-616-4473

                                        *Counsel for United States*

                                        *s/ Cary S. McGehee (w/ permission to USA)*
                                        Cary S. McGehee (P42318)

Beth M. Rivers P33614

Pitt McGehee Palmer Bonanni & Rivers PC
117 W. Fourth Street, Ste. 200
Royal Oak, MI 48067
Tel: (248) 398-9800
cmcgehee@pittlawpc.com

*/s/ Patrick Lanciotti (w/ permission to USA)*
Hunter Shkolnik
Patrick Lanciotti
Paul J. Napoli
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
Tel: (212) 397-1000
planciotti@napolilaw.com
pnapoli@napolilaw.com

*FTCA Plaintiffs Liaison Counsel*