UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FTCA Flint Water Cases | Civil No. 4:17-cv-11218 (Consolidated) |
| _____/ | Linda V. Parker<br>United States District Judge |

This Order Relates to:

ALL CASES

---

### FOURTH STIPULATED ADDENDUM TO
### CASE MANAGEMENT ORDER NO. 4

---

In accordance with discussions at the September 22, 2022, status conference, and consistent with Case Management Orders ("CMO") Nos. 3 and 4, the parties have met and conferred and reached agreement regarding the lead inspections that shall apply to the *In re FTCA Water Cases* bellwether trials. Specifically, the parties agree—and the Court orders— that the date for completion of the defendant's lead inspections is extended from October 31, 2022, to and until December 15, 2022.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 30, 2022

Dated: September 27, 2022                      Respectfully submitted,

<u>/s/ Timothy Walthall</u>
Timothy B. Walthall (MA Bar #515460)
Michael L. Williams (DC Bar #471618)
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Environmental Tort
Litigation
175 N Street, NE
Washington, DC, 20002
E-mail: timothy.walthall@usdoj.gov
Phone: 202-305-0692
Fax: 202-616-4473
*Counsel for the United State*


<u>/s/ with permission from Cary McGehee</u>
Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Pitt McGehee Palmer Bonanni & Rivers PC
117 W. Fourth Street, Ste. 200
Royal Oak, MI 48067
Tel: (248) 398-9800
cmcgehee@pittlawpc.com

Patrick Lanciotti
Paul J. Napoli
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
Tel: (212) 397-1000
planciotti@napolilaw.com
pnapoli@napolilaw.com

*FTCA Plaintiffs Liaison Counsel*