UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* FTCA Flint Water Cases

_____/

Civil No. 4:17-cv-11218
(Consolidated)

Linda V. Parker
United States District Judge

This Order Relates to:

ALL CASES

## STIPULATED ORDER REGARDING PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS

The parties agree—and the Court orders—that certain limitations on Plaintiffs' requests for production in the first bellwether proceeding shall be revised as follows:

1. Under Case Management Order Number 4, Plaintiffs could serve a maximum of 50 requests for production, with this maximum number including "sub-parts to any particular . . . request for production . . . ." [172] Stipulated Case Management Order No. 4 at § II(3) (Feb. 11, 2022); *accord* [112] Stipulated Discovery Coordination Protocol Order at § II(D)(1) (Mar. 3, 2020).

2. Plaintiffs may now serve a maximum of 100 requests for production, with this new maximum number still including any sub-parts to any particular request for production.

3. Plaintiffs' current deadline to serve any requests for production is "reasonably in advance, and no later than thirty days before, the Fact Discovery Deadline." [172] Stipulated Case Management Order No. 4 at § II(3) (Feb. 11, 2022).

4. Plaintiffs now must serve any requests for production by April 13, 2023, which is two months before the June 13, 2023 Fact Discovery Deadline. [207] Stipulated Order to Modify and Extend CMO 4 Discovery Deadlines (Feb. 6, 2023).

5. In entering into this stipulation, Plaintiffs reserve their right to petition the court for leave to request additional Requests For Production, beyond the 100 agreed upon herein, upon a showing of good cause.

**IT IS SO ORDERED.**

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: March 1, 2023

Dated: February XX, 2023          Respectfully submitted,

                                                 *s/Eric Rey*
                                                 Eric Rey (DC Bar #988615)
                                                 Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division, Torts Branch Environmental
                                                 Tort Litigation
                                                 175 N Street, NE
                                                 Washington, DC, 20002
                                                 E-mail: eric.a.rey@usdoj.gov
                                                 Phone: 202-616-4224
                                                 Fax: 202-616-4473

                                                 *Counsel for the United States*


                                                 *s/ Cary S. McGehee (w/ permission to USA)*
                                                 Cary S. McGehee (P42318)
                                                 Beth M. Rivers P33614
                                                 Pitt McGehee Palmer Bonanni & Rivers PC
                                                 117 W. Fourth Street, Ste. 200
                                                 Royal Oak, MI 48067
                                                 Tel: (248) 398-9800
                                                 cmcgehee@pittlawpc.com

                                                 *FTCA Plaintiffs Co-Liaison Counsel*