UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* FTCA Flint Water Cases

Civil No. 4:17-cv-11218
(Consolidated)

Linda V. Parker
United States District Judge

_____/

This Order Relates to:

ALL CASES

---

**STIPULATED ORDER OF DISMISSAL OF PLAINTIFF
VIVIAN ANDERSON'S REAL PROPERTY CLAIMS**

---

Pursuant to Rule 41 (a)(1) A) (ii), the parties have met and conferred and stipulate that all of the property claims asserted by Plaintiff Vivian Anderson in her Complaint be dismissed with prejudice. In her Complaint and subsequent pleadings, Ms. Anderson alleged damage to real property owned by her. Plaintiff Anderson has since admitted and conceded that she does not have any ownership stake in the real property in question, thereby indicating that she is not the appropriate party to file a claim for property damage related to the actions of the United States. Specifically, the parties agree—and the Court orders—that the property claims of Plaintiff Vivian

Anderson be dismissed with prejudice.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 6, 2023

Dated: June 2, 2023                    Respectfully submitted,

*/s/ Timothy Walthall*
Timothy B. Walthall (MA Bar #515460)
Michael L. Williams (DC Bar #471618)
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Environmental Tort
Litigation
175 N Street, NE
Washington, DC, 20002
E-mail: timothy.walthall@usdoj.gov
Phone: 202-305-0692
Fax: 202-616-4473
*Counsel for the United State*

*/s/ with permission from Patrick Lanciotti*
Patrick Lanciotti
Paul J. Napoli
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY, 10017
Tel: (212) 397-1000
planciotti@napolilaw.com
pnapoli@napolilaw.com

*FTCA Plaintiffs Liaison Counsel*

3