UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAN BURGESS, and all 2,959 Individuals identified in the Burgess FTCA Administrative Complaint, et al.,<br><br>*Plaintiff(s)*,<br><br>v<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant(s)*. | Civil Action No. 4:17-CV-11218-LVP-RSW<br><br>Hon. Linda V. Parker |

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Rule 25(a) Valdemar L. Washington, a representative of party to this action, notes the death during the pendency of this action, of his client, Plaintiff, Kathleen A. Seniff.

Date: July 19, 2023

Respectfully Submitted,

WASHINGTON LEGAL

By: /s/ *Valdemar L. Washington*
Valdemar L. Washington (P27165)
Gladys L. Christopherson (P37476)
Attorneys for Leo Seniff
P.O. Box 187
Flint, MI 48501-0187
(810) 407-6868
val@vlwlegal.com
gladys@vlwlegal.com

## **CERTIFICATE OF SERVICE**

        I, Valdemar L. Washington, counsel of record for Plaintiff, Kathleen Seniff, certify that on July 19, 2023, I caused the within Notice of Death to be filed electronically with the Clerk of Courts through the Court's ECF filing system which will cause it to be served automatically by electronic means to counsel of record for all parties.

                                               */s/ Valdemar L. Washington*
                                               Valdemar L. Washington