UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re FTCA Flint Water Cases

_____/

Civil No. 4:17-cv-11218
(Consolidated)

Linda V. Parker
United States District Judge

### ORDER DISMISSING PLAINTIFFS LAURIE FULLER AND P.F.

The Court finds that Plaintiffs Laurie Fuller and P.F. have refused to participate in discovery, in contravention of the Court's Order of May 26, 2023, ECF No. 220. The Court therefore orders that the claims of Laurie Fuller and P.F. are dismissed with prejudice.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 21, 2023