UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re FTCA Flint Water Cases     Civil No. 4:17-cv-11218 (Consolidated)

Hon. Linda V. Parker
Mag. Judge R. Steven Whalen

THIS FILING RELATES TO:
ALL CASES
_____

## Stipulated Order to Extend Deadlines for Plaintiffs' Reply to Defendants' Response to Plaintiffs' Motion For Protective Order

On June 16, 2023, Plaintiffs filed a Motion for Protective Order regarding relevant HYTA requirement [ECF No. 223]. On July 14, 2023, Defendant United States of America's filed its Response to Plaintiffs' motion [ECF No. 227]. Currently, Plaintiffs Reply Brief is due on July 21, 2023. The parties, by their counsel, stipulate to an extension of the deadline for Plaintiffs' Reply Brief to United States' response to no later than July 28, 2023.

   **IT IS SO ORDERED.**

                                                      s/ Linda V. Parker
                                                      LINDA V. PARKER
                                                      U.S. DISTRICT JUDGE

Dated: July 21, 2023

| | |
|---|---|
| By:*s/ Cary S. McGehee*<br><br>FTCA Plaintiffs' Liaison Counsel:<br><br>Cary S. McGehee (P42318)<br>Michael L. Pitt (P24429)<br>Beth M. Rivers (P33614)<br>Peggy G. Pitt (P31407)<br>Pitt McGehee Palmer & Rivers, PC<br>Attorneys for Plaintiffs<br>117 W. Fourth Street, Suite 200<br>Royal Oak, MI 48067<br>(248) 398-9800<br>mpitt@pittlawpc.com<br>cmcgehee@pittlawpc.com<br>brivers@pittlawpc.com<br><br><br>Hunter Shkolnik<br>Patrick Lanciotti<br>Paul J. Napoli<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY, 10017<br>Tel: (212) 397-1000<br>planciotti@napolilaw.com<br>pnapoli@napolilaw.com | By: *s/ Jason T. Cohen w/ permission*<br><br>Counsel for Defendant:<br><br>Michael L. Williams (DC Bar #471618)<br>Jason T. Cohen (ME Bar #004465)<br>Eric Rey (DC Bar #988615)<br>Marianne F. Kies<br>Trial Attorneys<br>U.S. Department of Justice<br>P.O. Box 340,<br>Ben Franklin Station<br>Washington, DC 20004<br>Phone: 202-307-3839<br>Fax: 202-616-4473<br>michael.l.williams@usdoj.gov<br>jason.t.cohen@usdoj.gov<br>eric.a.rey@usdoj.gov<br>Marianne.F.Kies@usdoj.gov |

Dated: July 21, 2023