# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF MICHIGAN
 2                     SOUTHERN DIVISION
 3   _____
                                      |
 4                                    | Civil Action No.
                                      | 4:17-cv-11218
 5   In re:  FTCA FLINT WATER CASES   | (Consolidated)
                                      |
 6                                    | Hon Linda V. Parker
     _____|
 7

 8

 9                   HIGHLY CONFIDENTIAL
10                 Tuesday, May 23, 2023
11

12

13          Remote videotaped deposition of
14   S██████ J███████, commencing at 10:02 a.m., on the above
15   date before Carol A. Kirk, Registered Merit Reporter,
16   Certified Shorthand Reporter, and Notary Public.
17

18

19

20

21               GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
22                    deps@golkow.com
23

24
```

```
 1    With R and W -- is that reading and writing --
 2    400?
 3           A.    I believe, yes.
 4           Q.    And a math SAT score of 310 on
 5    that section, right?
 6           A.    Yes.
 7           Q.    It says the most recent test date
 8    was October 27, 2020 for the SAT.
 9                 Have you taken the SAT any other
10    times besides October 27, 2020?
11           A.    No.
12           Q.    The fourth page, the last page of
13    this document, is called a discipline alert
14    page, it appears.
15                 Do you see that?
16           A.    Yes.
17           Q.    And it shows -- would you agree
18    that it shows disciplinary actions that you were
19    involved in from 2018 to 2020?
20           A.    Yes.
21           Q.    And I'll just note for the record
22    pursuant to the Court's order and the parties'
23    agreement, the page has been redacted.
24                 And the actions that are listed
```

```
 1   here -- you can take a minute to read through it
 2   if you need to.
 3          A.    I'm good.
 4          Q.    Are you contending that all of the
 5   disciplinary actions here, listed here, are
 6   attributable to your exposure to the water
 7   distributed by the City of Flint?
 8          A.    Yes.
 9          Q.    And why do you say that?
10          A.    Because I know before that
11   I wouldn't do anything like that that's listed
12   right in front of you, as far as getting into
13   fights still and skipping class.  I wasn't doing
14   that at first.  And then all of a sudden, it
15   just started happening out of nowhere.
16          Q.    Were you ever referred by the
17   school to a school counselor?
18          A.    No.
19          Q.    Did you ever voluntarily go to
20   meet with the school counselor because of -- for
21   any reason?
22          A.    No.
23          Q.    Has any mental health professional
24   ever told you that these actions and occurrences
```

```
 1                    CERTIFICATION
 2
 3        I, Carol A. Kirk, Registered Merit Reporter and
 4   Certified Shorthand Reporter, do hereby certify that
 5   prior to the commencement of the examination,
 6   S██████ J██████ was duly remotely sworn by me to
 7   testify to the truth, the whole truth, and nothing but
 8   the truth.
 9        I DO FURTHER CERTIFY that the foregoing is a
10   verbatim transcript of the testimony as taken
11   stenographically by me at the time, place, and on the
12   date hereinbefore set forth, to the best of my
13   ability.
14        I DO FURTHER CERTIFY that I am neither a
15   relative nor an employee nor attorney nor counsel of
16   any of the parties to this action, and that I am
17   neither a relative nor employee of such attorney or
18   counsel, and that I am not financially interested in
19   the action.
20
21
22   _____Carol A Kirk_____
     Carol A. Kirk, RMR, CSR
23   Notary Public
     Dated:  June 1, 2023
24
```