UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re FTCA Flint Water Cases                     Civil No. 4:17-cv-11218
                                                 (Consolidated)

                                                 Hon. Linda V. Parker
                                                 Mag. Judge R. Steven Whalen

_____/

## ORDER TO SHOW CAUSE

Pursuant to a hearing held on September 6, 2023, and Fed. R. Civ. P. Rule 45(g), the Court issues this order instructing Ojore D. Elerson to show cause why he should not be held in contempt for his failure to comply with a lawful subpoena to permit a lead inspection at 611 Campbell St. Flint, Michigan.

Wherefore it is ORDERED that Ojore D. Elerson appear for a court hearing before Judge Parker of the Eastern District of Michigan on Tuesday, October 17th, 2023, at 12:00PM to show cause for his failure to comply with a lawful subpoena. The hearing can be attended remotely via Zoom. The Zoom details are attached as "Attachment A"

**IT IS SO ORDERED.**

                                    s/ Linda V. Parker
                                    LINDA V. PARKER
                                    U.S. DISTRICT JUDGE

Dated: September 20, 2023

Dated: September 7, 2023		Respectfully submitted,

*/s/ Timothy B. Walthall*
Timothy B. Walthall (MA Bar #515460)
Michael L. Williams (DC Bar #471618)
Trial Attorneys
United States Department of Justice
Civil Division, Torts
Branch Environmental Tort
Litigation
1100 L St. NW
Washington, DC, 20005
E-mail: timothy.walthall@usdoj.gov
Phone: 202-305-0692
Fax: 202-616-4473
*Counsel for the United States*

# **ATTACHMENT A**

Topic: 17-11218 In re FTCA Flint Water Cases (Subpoenas)
Time: Oct 17, 2023 12:00 PM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://www.zoomgov.com/j/1617075923?pwd=V3dGOEFIVTIvNDg2aVRZeWI3NXp4QT09

Meeting ID: 161 707 5923
Passcode: 835574

One tap mobile
+16692545252,,1617075923# US (San Jose)
+16468287666,,1617075923# US (New York)
Dial by your location
- +1 669 254 5252 US (San Jose)
- +1 646 828 7666 US (New York)
- +1 646 964 1167 US (US Spanish Line)
- +1 669 216 1590 US (San Jose)
- +1 415 449 4000 US (US Spanish Line)
- +1 551 285 1373 US (New Jersey)

Meeting ID: 161 707 5923

Find your local number: https://www.zoomgov.com/u/aeGhhRR0lZ

Join by SIP
- 1617075923@sip.zoomgov.com

Join by H.323
- 161.199.138.10 (US West)
- 161.199.136.10 (US East)

Meeting ID: 161 707 5923
Passcode: 835574