# Exhibit F

Highly Confidential - Jennifer Crooks

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF MICHIGAN

 3                     SOUTHERN DIVISION

 4

 5    ------------------------------) Civil Action No.:

 6    IN RE:   FLINT WATER CASES    ) 5:16-cv-10444-JEL-MKM

 7                                  ) (consolidated)

 8                                  )

 9                                  ) Hon. Judith E. Levy

10    ------------------------------) Mag. Mona K. Majzoub

11

12                   HIGHLY CONFIDENTIAL

13       VIDEOTAPED DEPOSITION OF JENNIFER CROOKS

14

15                     July 6, 2020

16                       Volume 1

17

18      Remote oral videotaped deposition of JENNIFER

19   CROOKS, conducted at the location of the witness in

20   LaGrange Park, Illinois, commencing at approximately

21   9:09 a.m. EST, on the above date, before JULIANA F.

22   ZAJICEK, a Registered Professional Reporter, Certified

23   Shorthand Reporter, Certified Realtime Reporter and

24   Notary Public.
```

Highly Confidential - Jennifer Crooks

```
 1    APPEARANCES:
 2    ON BEHALF OF THE CLASS PLAINTIFFS:
 3         CYNTHIA M. LINDSEY & ASSOCIATES, PLLC
           8900 East Jefferson Avenue, Suite 612
 4         Detroit, Michigan 48214
           248-766-0797
 5         BY:  CYNTHIA M. LINDSEY, ESQ.
                cmlind6439@gmail.com
 6
      ON BEHALF OF THE BURGESS AND CLASS PLAINTIFFS:
 7
           PITT, McGEHEE, PALMER, BONANNI & RIVERS, PC
 8         117 West Fourth Street, Suite 200
           Royal Oak, Michigan 48067-3804
 9         248-398-9800
           BY:  CARY S. McGEHEE, ESQ.
10              cmcgehee@pittlawpc.com
11    ON BEHALF OF INDIVIDUAL PLAINTIFFS:
12         NAPOLI SHKOLNIK LAW PLLC
           360 Lexington Avenue, 11th Floor
13         New York, New York 10017
           212-397-1000
14         BY:  HUNTER J. SHKOLNIK, ESQ.
                hshkolnik@napolilaw.com;
15              PATRICK J. LANCIOTTI, ESQ.
                planciotti@napolilaw.com
16
      ON BEHALF OF INDIVIDUAL PLAINTIFFS:
17
           LEVY KONIGSBERG, LLP
18         800 Third Avenue, 11th Floor
           New York, New York 10022
19         212-605-6200
           BY:  COREY M. STERN, ESQ.
20              cstern@levylaw.com
21    ON BEHALF OF INDIVIDUAL PLAINTFFS:
           FIEGER LAW
22         19390 West Ten Mile Road
           Southfield, Michigan 48075
23         248-355-5555
           BY:  DONALD H. DAWSON, JR., ESQ.
24              d.dawson@fiegerlaw.com
```

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF THE MASON STATE COURT PLAINTIFFS:
 3        McALPINE PC
          3201 University Drive, Suite 200
 4        Auburn Hills, Michigan 48326
          248-373-3700
 5        BY:  J. TED PETERS, ESQ.
               tpeters@mcalpinelawfirm.com
 6
     ON BEHALF OF THE PEOPLE OF THE STATE OF MICHIGAN:
 7
          STATE OF MICHIGAN
 8        Environment, Natural Resources,
          and Agriculture Division
 9        6th Floor G. Mennen Williams Building
          525 West Ottawa Street
10        Lansing, Michigan 48909
          517-335-7664
11        BY:  MARGARET A. BETTENHAUSEN, ESQ.
               bettenhausenm@michigan.gov
12
     ON BEHALF OF DEFENDANT CITY OF FLINT:
13
          BUTZEL LONG
14        41000 Woodward Avenue
          Stoneridge West
15        Bloomfield Hills, Michigan 48304
          248-258-1616
16        BY:  SHELDON H. KLEIN, ESQ.
               klein@butzel.com;
17             JAVON R. DAVID, ESQ.
               Davidj@butzel.com
18
     ON BEHALF OF DEFENDANT MCLAREN REGIONAL MEDICAL
19   CENTER:
20        BEVERIDGE & DIAMOND, P.C.
          456 Montgomery Street, Suite 1800
21        San Francisco, California 94104
          415-262-4000
22        BY:  SUSAN E. SMITH, ESQ.
               ssmith@bdlaw.com
23
24
```

Highly Confidential - Jennifer Crooks

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF THE UNITES STATES OF AMERICA:
 3        U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
          175 North Street, N.E.
 4        Washington, D.C. 20002
          202-616-4224
 5        BY:  JASON T. COHEN, ESQ.
               jason.t.cohen@usdoj.gov
 6
     ON BEHALF OF DEFENDANTS DANIEL WYANT AND BRADLEY
 7   WURFEL:
 8        CLARK HILL PLC
          212 East Cesar E. Chavez Avenue
 9        Lansing, Michigan 48906
          517-318-3043
10        BY:  CHRIS CLARE, ESQ.
               cclare@clarkhill.com
11
     ON BEHALF OF DEFENDANTS LEO A. DALY COMPANY, LOCKWOOD
12   ANDREWS & NEWNAM, INC. AND LOCKWOOD, ANDREWS & NEWNAM,
     P.C.:
13
          FAEGRE DRINKER BIDDLE & REATH, LLP
14        1717 Main Street, Suite 5400
          Dallas, Texas 75201
15        469-356-2535
          BY:  TRAVIS S. GAMBLE, ESQ.
16             travis.gamble@dbr.com
17   ON BEHALF OF DEFENDANT ADAM ROSENTHAL:
18        FAJEN & MILLER PLLC
          3646 West Liberty Road
19        Ann Arbor, Michigan 48103
          734-995-0181
20        BY:  JAMES A. FAJEN, ESQ.
               fajenlaw@fajenmiller.com
21
22
23
24
```

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF DEFENDANTS VEOLIA WATER NORTH AMERICA
     OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC AND
 3   VEOLIA NORTH AMERICA, INC.:
 4          CAMPBELL CONROY & O'NEIL, P.C.
             1 Constitution Wharf, Suite 310
 5           Boston, Massachusetts 02129
             617-241-3063
 6          BY:  CHRISTOPHER R. HOWE, ESQ.
                  chowe@Campbell-trial-lawyers.com
 7
     ON BEHALF OF THE MDEQ EMPLOYEE DEFENDANTS:
 8
             FRASER TREBILCOCK
 9           124 West Allegan Street, Suite 1000
             Lansing, Michigan 48933
10           517-377-0843
            BY:  JARED A. ROBERTS, ESQ.
11                jroberts@fraserlawfirm.com
12   ON BEHALF OF THE WITNESS:
13           THOMAS C. CROOKS
             70 West Madison, Suite 1950
14           Chicago, Illinois 60602
             312-641-2260
15          BY:  THOMAS C. CROOKS, ESQ.
                  tcrooks@barristers.com
16
17
18   ALSO PRESENT:
19          MR. FRANCIS X. FERRARA,
                Senior VP & Deputy General Counsel
20              Veolia North America;
21          MS. AHLIA BETHEA, Legal Intern,
                Pitt McGehee Palmer Bonanni & Rivers.
22
23   THE VIDEOGRAPHER:
            MR. JEFF SINDIONG
24          Golkow Litigation Services.
```

```
 1              Do you -- do you have a general picture of
 2   the timeline?
 3       A.     Right.  Yes, yes.
 4       Q.     So, I mean, does -- does it strike you as
 5   plausible that City officials were telling people not
 6   to drink, bathe or cook with the water?
 7       A.     That's a much better way to say it.  No,
 8   it did not seem plausible.
 9       Q.     The next sentence:  "Complainant states a
10   water scientist advised him that dogs have died and
11   have been buried in the City water."
12              Does that strike you as a plausible fact?
13       A.     No.
14       Q.     So I -- I -- is -- is it fair to say that
15   sometimes complaints came in where the complainant
16   appeared to be confused about some basic facts?
17       A.     Yes.  Not necessarily just related to
18   Flint, but in general citizen complaints aren't always
19   accurate in what they are reporting.
20       Q.     Okay.  And so the -- the fact that EPA or
21   MDEQ or for that matter the City of Flint receives a
22   complaint, does -- isn't itself necessarily an ind- --
23   indicator that there is an actual problem, correct?
24       A.     And -- and that's -- correct.  And that's
```

1   why we look into their complaints.  We don't ignore

2   them.  We look into their complaints.

3       Q.    Sure.  And -- and I'll assume that the

4   complainant was entirely sincere and believed that

5   what they were reporting was true, but that doesn't

6   make it true, fair?

7       A.    Exactly.

8               (WHEREUPON, a certain document was

9               marked Jennifer Crooks Deposition

10              Exhibit No. 6, for identification, as

11              of 07/06/2020.)

12  BY MR. KLEIN:

13      Q.    I'm going to go to Exhibit 6, which is --

14  well, the -- the top e-mail is an April 8, 2015 e-mail

15  from Mike Prysby to yourself and Jennifer Crooks --

16  no -- to yourself and Steve Busch --

17      A.    Um-hum.

18      Q.    -- Bates No. Oct-7-2019 EGLE0118460, and

19  I'm going to scroll down to the bottom to -- it's

20  another complaint letter.

21            The -- the very bottom e-mail is, if I'm

22  following correctly, is from Mr. Busch to you,

23  responding -- addressing a complaint of solvents or

24  refrigerants being poured into the Flint River?

```
 1      A.    Right.
 2      Q.    The -- actually, let me scroll up a little
 3   bit.
 4            Do you see at the top of the page Bates
 5   numbered 118460?
 6      A.    Yes.
 7      Q.    Indication that you received a letter of
 8   alert regarding refrigerant -- refrigerant and
 9   cleaning solve -- solvents found in the Flint River.
10   "Three different programs in the Water Resources
11   Division were contacted, and none were aware of any
12   reports of dumping of these chemicals, nor of any
13   monitoring being done on the Flint River for those
14   chemicals."
15            Does that indicate to you that there was a
16   complainant who had a concern that it turned out to be
17   untrue?
18      A.    A complainant, they asked if -- yes, they
19   did raise the issue and, as I said, we researched and
20   that was my -- those were my findings.
21      Q.    Sure.
22            Now, you -- when you do get a complaint,
23   you take it seriously, correct?
24      A.    Oh, exactly.
```

```
 1      Q.   But -- but that doesn't necessarily mean
 2   that -- that every -- every complainant concern is, in
 3   fact, a cause for concern?
 4      A.   Right.
 5              (WHEREUPON, a certain document was
 6               marked Jennifer Crooks Deposition
 7               Exhibit No. 7, for identification, as
 8               of 07/06/2020.)
 9   BY MR. KLEIN:
10      Q.   Okay.  Now I'm going to turn to -- and I
11   know at least portions of this were marked.  I don't
12   know if this exact document was marked.  It is a
13   2/26/2015 e-mail from Ms. Shekter Smith to a host of
14   people, and -- and you are copied on it in there
15   somewhere.  It prints up in a way that makes it very
16   difficult to find you, but let me find you to confirm.
17   That -- well --
18      A.   I don't think I'm on here.
19      Q.   Right.  Well, you -- you are -- you are
20   further down.  This is --
21      A.   Oh, okay.
22      Q.   -- Ms. Smith -- no, I got confused myself.
23           Ms. Smith is forwarding an earlier e-mail
24   from Mike Prysby --
```

1  things broke up.

2     A.    Oh, yes.

3         I think he was an -- an -- I think he was

4  a district engineer prior to his becoming a regulation

5  expert and issues could arise.  I mean, I -- I would

6  contact district engineers and ask general questions

7  periodically.

8     Q.    Now, my understanding is that you would

9  also get citizen complaints into the DEQ and you would

10  also communicate those to Mr. Prysby.

11         Does that sound right?

12     A.    Yes.

13     Q.    And so that would be you forwarding a

14  citizen complaint that came into the EPA and you'd

15  forward it back to the DEQ or specifically Mr. Prysby,

16  correct?

17     A.    Correct.

18     Q.    Do you recall him as having been

19  responsive to you generally?

20     A.    Yes, I do.

21     Q.    Do you recall him contacting Flint Water

22  Treatment Plant employees collecting information

23  and -- and responding to you with that information?

24     A.    Yes.

```
 1                    REPORTER'S CERTIFICATE
 2
 3              I, JULIANA F. ZAJICEK, a Registered
 4   Professional Reporter, Certified Realtime Reporter,
 5   Certified Shorthand Reporter and Notary Public, do
 6   hereby certify that prior to the commencement of the
 7   examination of the witness herein, the witness was
 8   duly remotely sworn by me to testify to the truth, the
 9   whole truth and nothing but the truth.
10              I DO FURTHER CERTIFY that the foregoing is
11   a verbatim transcript of the testimony as taken
12   stenographically by me at the time, place and on the
13   date hereinbefore set forth, to the best of my
14   availability.
15              I DO FURTHER CERTIFY that I am neither a
16   relative nor employee nor attorney nor counsel of any
17   of the parties to this action, and that I am neither a
18   relative nor employee of such attorney or counsel, and
19   that I am not interested directly or indirectly in the
20   outcome of this action.
21              IN WITNESS WHEREOF, I do hereunto set my
22   hand on this 17th day of July, 2020.
23                   _____
24                   JULIANA F. ZAJICEK, RPR, CSR, CRR
```

Highly Confidential - Jennifer Crooks

```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF MICHIGAN

 3                        SOUTHERN DIVISION

 4

 5     ------------------------------) Civil Action No.:

 6     IN RE:   FLINT WATER CASES    ) 5:16-cv-10444-JEL-MKM

 7                                   ) (consolidated)

 8                                   )

 9                                   ) Hon. Judith E. Levy

10     ------------------------------) Mag. Mona K. Majzoub

11

12                       HIGHLY CONFIDENTIAL

13          VIDEOTAPED DEPOSITION OF JENNIFER CROOKS

14

15                         July 7, 2020

16                            Volume 2

17

18        Continued remote oral videotaped deposition of

19    JENNIFER CROOKS, conducted at the location of the

20    witness in LaGrange Park, Illinois, commencing at

21    approximately 9:01 a.m. CST, on the above date, before

22    JULIANA F. ZAJICEK, a Registered Professional

23    Reporter, Certified Shorthand Reporter, Certified

24    Realtime Reporter and Notary Public.
```

```
 1   APPEARANCES:
 2   ON BEHALF OF THE CLASS PLAINTIFFS:
 3         CYNTHIA M. LINDSEY & ASSOCIATES, PLLC
           8900 East Jefferson Avenue, Suite 612
 4         Detroit, Michigan 48214
           248-766-0797
 5         BY:  CYNTHIA M. LINDSEY, ESQ.
                cmlind6439@gmail.com
 6
     ON BEHALF OF THE BURGESS AND CLASS PLAINTIFFS:
 7
           PITT, McGEHEE, PALMER, BONANNI & RIVERS, PC
 8         117 West Fourth Street, Suite 200
           Royal Oak, Michigan 48067-3804
 9         248-398-9800
           BY:  CARY S. McGEHEE, ESQ.
10              cmcgehee@pittlawpc.com
11   ON BEHALF OF INDIVIDUAL PLAINTIFFS:
12         FIEGER LAW
           19390 West Ten Mile Road
13         Southfield, Michigan 48075
           248-355-5555
14         BY:  DONALD H. DAWSON, JR., ESQ.
                d.dawson@fiegerlaw.com
15
     ON BEHALF OF THE MASON STATE COURT PLAINTIFFS:
16
           McALPINE PC
17         3201 University Drive, Suite 200
           Auburn Hills, Michigan 48326
18         248-373-3700
           BY:  J. TED PETERS, ESQ.
19              tpeters@mcalpinelawfirm.com
20
21
22
23
24
```

Highly Confidential - Jennifer Crooks

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF THE PEOPLE OF THE STATE OF MICHIGAN:
 3         STATE OF MICHIGAN
             Environment, Natural Resources,
 4         and Agriculture Division
             6th Floor G. Mennen Williams Building
 5         525 West Ottawa Street
             Lansing, Michigan 48909
 6         517-335-7664
             BY:  MARGARET A. BETTENHAUSEN, ESQ.
 7              bettenhausenm@michigan.gov
 8   ON BEHALF OF DEFENDANT CITY OF FLINT:
 9         BUTZEL LONG
             41000 Woodward Avenue
10         Stoneridge West
             Bloomfield Hills, Michigan 48304
11         248-258-1616
             BY:  SHELDON H. KLEIN, ESQ.
12              klein@butzel.com
13   ON BEHALF OF DEFENDANT MCLAREN REGIONAL MEDICAL
     CENTER:
14
           BEVERIDGE & DIAMOND, P.C.
15         456 Montgomery Street, Suite 1800
             San Francisco, California 94104
16         415-262-4000
             BY:  SUSAN E. SMITH, ESQ.
17              ssmith@bdlaw.com
18   ON BEHALF OF THE UNITES STATES OF AMERICA:
19         U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
             175 North Street, N.E.
20         Washington, D.C. 20002
             202-616-4224
21         BY:  JASON T. COHEN, ESQ.
                jason.t.cohen@usdoj.gov
22
23
24
```

Highly Confidential - Jennifer Crooks

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF DEFENDANTS DANIEL WYANT AND BRADLEY
     WURFEL:
 3
          CLARK HILL PLC
 4        212 East Cesar E. Chavez Avenue
          Lansing, Michigan 48906
 5        517-318-3043
          BY:  CHRIS CLARE, ESQ.
 6             cclare@clarkhill.com
 7   ON BEHALF OF DEFENDANTS LEO A. DALY COMPANY, LOCKWOOD
     ANDREWS & NEWNAM, INC. AND LOCKWOOD, ANDREWS & NEWNAM,
 8   P.C.:
 9        FAEGRE DRINKER BIDDLE & REATH, LLP
          1717 Main Street, Suite 5400
10        Dallas, Texas 75201
          469-356-2535
11        BY:  TRAVIS S. GAMBLE, ESQ.
               travis.gamble@dbr.com
12
     ON BEHALF OF DEFENDANT ADAM ROSENTHAL:
13
          FAJEN & MILLER PLLC
14        3646 West Liberty Road
          Ann Arbor, Michigan 48103
15        734-995-0181
          BY:  JAMES A. FAJEN, ESQ.
16             fajenlaw@fajenmiller.com
17   ON BEHALF OF DEFENDANTS VEOLIA WATER NORTH AMERICA
     OPERATING SERVICES, LLC, VEOLIA NORTH AMERICA, LLC AND
18   VEOLIA NORTH AMERICA, INC.:
19        CAMPBELL CONROY & O'NEIL, P.C.
          1 Constitution Wharf, Suite 310
20        Boston, Massachusetts 02129
          617-241-3063
21        BY:  CHRISTOPHER R. HOWE, ESQ.
               chowe@Campbell-trial-lawyers.com
22
23
24
```

```
 1   APPEARANCES: (Continued)
 2   ON BEHALF OF THE MDEQ EMPLOYEE DEFENDANTS:
 3        FRASER TREBILCOCK
          124 West Allegan Street, Suite 1000
 4        Lansing, Michigan 48933
          517-377-0843
 5        BY:  JARED A. ROBERTS, ESQ.
                  jroberts@fraserlawfirm.com
 6
     ON BEHALF OF THE WITNESS:
 7
          THOMAS C. CROOKS
 8        70 West Madison, Suite 1950
          Chicago, Illinois 60602
 9        312-641-2260
          BY:  THOMAS C. CROOKS, ESQ.
10                tcrooks@barristers.com
11
12
     ALSO PRESENT:
13
          MR. FRANCIS X. FERRARA,
14           Senior VP & Deputy General Counsel
             Veolia North America;
15
          MS. AHLIA BETHEA, Legal Intern,
16           Pitt McGehee Palmer Bonanni & Rivers.
17
     THE VIDEOGRAPHER:
18
          MR. JEFF SINDIONG,
19        Golkow Litigation Services.
20
21
22
23
24
```

```
 1      A.    Correct.

 2      Q.    On October 23rd, 2014?

 3      A.    Correct.

 4      Q.    Okay.

 5            Okay.  Here is a paragraph beginning with
 6   "Secondly"?

 7      A.    Yes.

 8      Q.    That's not the one I want.  Oh, here we
 9   go, here is the one I want.  "The most likely cause of
10   the brown water."

11            Do you see that?

12      A.    Yes.

13      Q.    Okay.  So at this point in time, and this
14   is -- you are dealing with Ms. -- in this case it is
15   Ms. Burgess?

16      A.    Burgess.

17      Q.    That's another person, huh, that's not --
18   and this is in October of 2014, and you are --

19      A.    Correct.

20      Q.    -- already dealing with complaints about
21   brown -- brown water in October of 2014?

22      A.    Yes.

23      Q.    And -- and you say:  "The most likely
24   cause... (iron deposits and sediments from the very
```

Highly Confidential - Jennifer Crooks

```
 1   old cast iron pipes that make up the distribution
 2   system in Flint), is incorrect use of fire hydrants by
 3   demolition contractors in the area..."
 4            Where did you get that information?
 5       A.   I think -- well, hopefully above that I
 6   said that I contacted Mike Prysby at the State.  That
 7   came from Mike Prysby.
 8       Q.   Okay.  So Mike Prysby is -- you are
 9   contacting Mike Prysby about the complaints of the
10   water, is that correct?
11       A.   Yes.
12       Q.   And -- and you and he are discussing --
13       A.   That and discussing the iron deposits.
14       Q.   And he is discussing the brown water and
15   giving you possible reasons why it's that way, is that
16   correct?
17       A.   Yes.
18       Q.   And he never brings up the issue it could
19   be a lack of corrosion control or anything like that?
20       A.   No.
21       Q.   But he certainly knew at this point in
22   time there was no corrosion control, didn't he?
23       A.   I'm sure he did.
24            MR. COHEN:  Objection; foundation, form.
```

```
 1                  REPORTER'S CERTIFICATE

 2

 3            I, JULIANA F. ZAJICEK, a Registered

 4   Professional Reporter, Certified Realtime Reporter,

 5   Certified Shorthand Reporter and Notary Public, do

 6   hereby certify that prior to the commencement of the

 7   examination of the witness herein, the witness was

 8   duly remotely sworn by me to testify to the truth, the

 9   whole truth and nothing but the truth.

10            I DO FURTHER CERTIFY that the foregoing is

11   a verbatim transcript of the testimony as taken

12   stenographically by me at the time, place and on the

13   date hereinbefore set forth, to the best of my

14   availability.

15            I DO FURTHER CERTIFY that I am neither a

16   relative nor employee nor attorney nor counsel of any

17   of the parties to this action, and that I am neither a

18   relative nor employee of such attorney or counsel, and

19   that I am not interested directly or indirectly in the

20   outcome of this action.

21            IN WITNESS WHEREOF, I do hereunto set my

22   hand on this 22nd day of July, 2020.

23

24            JULIANA F. ZAJICEK, RPR, CSR, CRR
```