# Exhibit G

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                          SOUTHERN DIVISION

 3  JAN BURGESS, and all 1,703        )
    individuals identified in the     )
 4  Burgess FTCA Administrative       )
    Complaint,                        )
 5                                    )
              Plaintiffs,             )   Hon. Linda V.
 6                                    )   Parker
          -vs-                        )   Mag. R. Steven Whalen
 7                                    )   Case No. 17-11218
    UNITED STATES OF AMERICA,         )
 8                                    )
              Defendant.              )
 9

10             DEPOSITION OF JENNIFER KURTZ CROOKS, produced,

11  sworn, and examined by the PLAINTIFFS, November 16, 2017,

12  between the hours of 9:06 a.m. in the morning and 12:46

13  p.m. in the afternoon on that day at 300 West Adams Street,

14  Suite 800, Chicago, Illinois, before Barbara J. Cramer, a

15  Certified Shorthand Reporter, Registered Professional

16  Reporter, Certified Realtime Reporter, and Notary Public.

17

18

19

20

21

22

23

24

25
```

```
 1  APPEARANCES:

 2
    Pitt McGehee Palmer & Rivers, PC
 3  BY:  Cary S. McGehee, Esquire
    117 West Fourth Street, Suite 200
 4  Royal Oak, Michigan 48067
    Appearing on behalf of the Plaintiffs;
 5

 6  Law Offices of Deborah A. LaBelle
    BY:  Deborah A. LaBelle, Esquire
 7  221 North Main Street, Suite 300
    Ann Arbor, Michigan 48104
 8  Appearing on behalf of the Plaintiffs;

 9
    U.S. Department of Justice
10  BY:  Bethany J. Henneman, Esquire
    1331 Pennsylvania Avenue, NW,
11  Washington, D.C. 20004
    Appearing on behalf of the Defendant;
12

13  U.S. Department of Justice, Civil Division
    BY:  Michael L. Williams, Esquire
14  1331 Pennsylvania Avenue, NW
    Washington, D.C. 20004
15  Appearing on behalf of the Defendant.

16

17
              I N D E X   O F   E X A M I N A T I O N S
18

19  WITNESS                                            PAGE

20  JENNIFER KURTZ CROOKS

21      EXAMINATION MS. McGEHEE                           4
        EXAMINATION BY MR. WILLIAMS                     128
22

23

24

25
```

```
09:30:50AM   1  it comes to me.
09:30:52AM   2      Q.  Okay.  Let's talk about that.  And I -- I'd like to
09:30:55AM   3  understand in greater detail what that responsibility --
09:30:57AM   4  what that responsibility entails.  So, for example, give me
09:31:02AM   5  an instance when you would be responsible for responding to
09:31:06AM   6  a citizen.
09:31:07AM   7      A.  I can give you an example of a citizen that I just
09:31:18AM   8  noticed right here, Jan Burgess --
09:31:18AM   9      Q.  Um-hmm.
09:31:22AM  10      A.  -- that I responded to.  That was in the fall of
09:31:30AM  11  2014 --
09:31:30AM  12      Q.  Okay.
09:31:33AM  13      A.  -- I believe.
09:31:33AM  14      Q.  And I don't want to interrupt you.
09:31:38AM  15      A.  Oh, you just want to know the general process.
09:31:41AM  16      Q.  How would you --
09:31:42AM  17      A.  This is a very --
09:31:42AM  18      Q.  Hold on.  Sorry.  I'm going to rephrase the
09:31:44AM  19  question a little bit so we can get back on the right
09:31:47AM  20  track.  Because I am just asking generally --
09:31:47AM  21      A.  Okay.
09:31:50AM  22      Q.  -- what your responsibilities are and how -- for
09:31:52AM  23  example, specifically as Michigan program manager, how do
09:31:55AM  24  you get engaged --
09:31:55AM  25      A.  Okay.
```

```
09:31:57AM   1        Q.   -- in relation to a citizen and having to
09:31:59AM   2   communicate with them.
09:32:00AM   3        A.   Yes.
09:32:00AM   4        Q.   How does that get initiated?
09:32:03AM   5        A.   So I receive an email or a phone call from --
09:32:09AM   6   either forwarded by my supervisor or by our hotline, and I
09:32:22AM   7   read through it.  And, depending on what is being asked,
09:32:30AM   8   sometimes there are some technical questions that a -- I
09:32:34AM   9   need to check on with a technical contact, like who works
09:32:42AM  10   with regulations.
09:32:45AM  11                  Sometimes it's questions about violations, and
09:32:47AM  12   I look that up on a -- one of our, you know, websites
09:32:54AM  13   that's on the internet for data on violations and
09:32:58AM  14   enforcement.
09:33:01AM  15                  I -- sometimes it's about specific issues
09:33:11AM  16   regarding how the -- the citizen perceives that the -- the
09:33:17AM  17   public water supply is serving water, and in those cases,
09:33:23AM  18   that level of detail is not something that EPA gets into.
09:33:29AM  19   That's not -- because Michigan has primacy for the drinking
09:33:37AM  20   water program, and they are the ones that are the front
09:33:40AM  21   line onsite, working with the public water supplies.
09:33:45AM  22                  Therefore, I would call the engineers or the
09:33:48AM  23   person responsible at the DEQ for their commentary on
09:33:56AM  24   what's going on.  Many times they'll go out and take a
09:34:04AM  25   sample, or they'll do an inspection or -- then I will --
```

```
09:34:09AM   1  if -- if there's something in the complaint that I'm unsure
09:34:13AM   2  of, I will contact the citizen via phone or email if I
09:34:20AM   3  don't understand something.  And then I continue with my
09:34:23AM   4  research.
09:34:26AM   5              And then I, almost all of the time, follow up
09:34:30AM   6  with an email to the citizen if -- as long as they've given
09:34:39AM   7  me an email address.  And I cc my supervisor, so he knows
09:34:43AM   8  that I have responded to this request -- request.
09:34:48AM   9       Q.   Is there anything else you do?
09:34:50AM  10       A.   Well, in general, that's what I do.  I mean,
09:34:58AM  11  different questions sometimes have different -- if they're
09:35:04AM  12  asking me about wastewater discharges, I obviously can't
09:35:08AM  13  respond to that, because I don't work in that program.  So
09:35:12AM  14  I find them a contact --
09:35:12AM  15       Q.   Um-hmm.
09:35:13AM  16       A.   -- in the wastewater program, and I give them those
09:35:16AM  17  phone numbers.
09:35:17AM  18       Q.   Okay.
09:35:18AM  19       A.   So I'm kind of a resource in addition to being a
09:35:21AM  20  technical --
09:35:23AM  21       Q.   Would it be accurate --
09:35:24AM  22       A.   -- person.
09:35:25AM  23       Q.   -- to say, that in response to citizens' concerns
09:35:29AM  24  that you receive, that you're required to do a thorough
09:35:32AM  25  investigation of the issue?
```

```
11:20:15AM   1  BY MS. McGEHEE:
11:20:16AM   2      Q.  You've had an opportunity to review Exhibit 42?
11:20:18AM   3      A.  Yes.
11:20:18AM   4      Q.  This was a complaint that was made by Jan Burgess
11:20:23AM   5  in 2014 --
11:20:23AM   6      A.  Yes.
11:20:25AM   7      Q.  -- regarding the Flint River water.  Correct?
11:20:27AM   8      A.  Yes.
11:20:27AM   9      Q.  And this is a complaint that you received.
11:20:30AM  10      A.  Yes.
11:20:30AM  11      Q.  In fact, Tom Poy forwarded it to you on October 15,
11:20:35AM  12  2014.  Is that correct?
11:20:36AM  13      A.  Yes.
11:20:36AM  14      Q.  And asked you to reply to it?
11:20:38AM  15      A.  Yes.
11:20:38AM  16      Q.  He said -- and this is on page 2.  In his email to
11:20:43AM  17  you, "Jen, Can you use the same reply for the control to
11:20:47AM  18  reply to this similar complaint about Flint water?"
11:20:51AM  19              What is he referring to there?
11:20:52AM  20      A.  Well, as I mentioned before, a lot of times, with
11:20:58AM  21  the number of complaints that we were getting, it was the
11:21:02AM  22  same question.  It was the same concern.  Our water smells,
11:21:09AM  23  our water -- it tastes bad.
11:21:15AM  24              And so he was saying, you know, rather than
11:21:19AM  25  reinvent the wheel, is this -- is this a similar complaint
```

```
11:21:23AM  1  to the last, you know, control that we did, congressional
11:21:30AM  2  or a citizen letter.
11:21:32AM  3       Q.  And so did you just give her the boilerplate
11:21:36AM  4  response?
11:21:36AM  5       A.  Oh, no.  Did you see that response?
11:21:39AM  6       Q.  Well, I'm just asking.
11:21:41AM  7       A.  No.
11:21:41AM  8       Q.  So when you got this complaint, first of all, you
11:21:44AM  9  were provided with her -- her physical address.  Correct?
11:21:47AM 10       A.  Yes, I guess, if that's what's here.
11:21:53AM 11       Q.  Page 3, 720 Commonwealth Avenue, Flint, Michigan.
11:21:59AM 12       A.  Yes.
11:21:59AM 13       Q.  And you were provided with her email address as
11:22:02AM 14  well.
11:22:02AM 15       A.  Um-hmm.
11:22:02AM 16       Q.  Correct?  That's a yes?
11:22:04AM 17       A.  Yes.
11:22:04AM 18       Q.  All right.  So when you received this complaint,
11:22:07AM 19  what did you do in response to it?
11:22:08AM 20       A.  Well, I read the article and -- that she sent, and
11:22:17AM 21  I immediately went to Andrea Porter, who is our -- one of
11:22:27AM 22  our lead treatment experts.  And, you know, we talked
11:22:39AM 23  about, you know, the fact that General Motors was having
11:22:43AM 24  this issue, and chlorides -- I -- I thought she was
11:22:53AM 25  confusing -- Andrea and I both thought she was confusing
```

| | | |
|---|---|---|
| 11:22:58AM | 1 | chlorine with chlorides and the over-chlorination of the |
| 11:23:05AM | 2 | water causing corrosion. |
| 11:23:09AM | 3 | And so I -- I also -- so I guess Mike |
| 11:23:38AM | 4 | Prysby -- I had contacted the State, I guess, and asked |
| 11:23:41AM | 5 | them about this also and got this information from Steve |
| 11:23:44AM | 6 | Busch.  And I put together a response with some |
| 11:23:49AM | 7 | explanations, some web links to the internet on the science |
| 11:23:56AM | 8 | and -- and I think I included some other phone numbers for |
| 11:24:02AM | 9 | her to con- -- call and try to explain it.  And I said, If |
| 11:24:08AM | 10 | you -- you know, if you have further questions, please |
| 11:24:11AM | 11 | contact me. |
| 11:24:13AM | 12 | Q.   Okay.  So you made a phone call to her? |
| 11:24:17AM | 13 | A.   I -- I don't know if I actually called her or not. |
| 11:24:20AM | 14 | Q.   Okay.  You emailed her? |
| 11:24:22AM | 15 | A.   Yeah, I sent her my final response. |
| 11:24:25AM | 16 | Q.   Okay. |
| 11:24:26AM | 17 | A.   Yeah. |
| 11:24:26AM | 18 | Q.   And in the original complaint that Ms. Burgess |
| 11:24:32AM | 19 | made, which is on page 3 of Exhibit 42 -- and you can look |
| 11:24:35AM | 20 | at it to make sure I'm reading this correctly -- she |
| 11:24:41AM | 21 | reports, "Just this morning our local papers reports that |
| 11:24:45AM | 22 | General Motors engine plant has shut off Flint River water |
| 11:24:51AM | 23 | to the plant due to the over-chlorination and the fears |
| 11:24:55AM | 24 | that the water will cause corrosion." |
| 11:24:57AM | 25 | She tells you that.  Correct? |

1           C E R T I F I C A T I O N

2

3           I, Barbara J. Cramer, Certified Shorthand
4  Reporter and Notary Public within and for the State of
5  Illinois, DO HEREBY CERTIFY that pursuant to
6  notice/agreement between the parties, the aforementioned
7  witness came before me at the time and place hereinbefore
8  mentioned, and having been duly sworn to tell the whole
9  truth of her knowledge touching upon the matter in
10 controversy aforesaid; that she was examined on the day,
11 and her examination was taken in shorthand and later
12 reduced to printing; that signature by the witness is not
13 waived; and said deposition is herewith forwarded to the
14 taking attorney for filing with the Court.

15

16

17
                            Barbara J. Cramer
18                          Certified Shorthand Reporter
                            CSR License No. 084-001700
19                          Notary Public, State of Illinois

20

21

22

23

24

25