UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FTCA Flint Water Cases | Civil No. 4:17-cv-11218 (Consolidated) |
| This Order Relates to: ALL CASES | Linda V. Parker United States District Judge |

_____/

## STIPULATED ORDER TO EXTEND EXPERT DISCOVERY DEADLINES

The parties, by and through counsel, jointly agree and stipulate to extend by one week the remaining expert discovery deadlines set forth in paragraph 7 of the February 12, 2024, Stipulated Expert Discovery Protocol [ECF No. 265]. The United States represents that it needs additional time for its experts to review relevant materials recently received from Plaintiffs' counsel and complete expert reports, and Plaintiffs have agreed to a corresponding one-week extension of all expert discovery deadlines. All other terms and conditions of CMO 4 and addendums or supplements thereto shall remain in effect. The Court, having reviewed the proposal and finding good cause for the proposed schedule modifications, accepts and adopts the stipulated deadline extensions as set forth below.

Accordingly, the parties agree, and the Court orders, that expert discovery deadlines are modified and extended one week, as follows:

| | |
|---|---|
| Disclosure of expert testimony by the United States, pursuant to FRCP 26(a)(2): | By April 12, 2024. |
| Disclosure of rebuttal expert testimony by plaintiffs, pursuant to FRCP 26(a)(2)(D)(ii): | By May 13, 2024. |
| Depositions of experts disclosed by Plaintiffs: | By July 3, 2024. |
| Depositions of experts disclosed by the United States: | By August 7, 2024. |

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 15, 2024

Dated: March 15, 2024

    Respectfully submitted,

    *FTCA Plaintiffs Liaison Counsel:*

    <u>/s/ permission to file provided by Cary McGehee</u>
    Cary S. McGehee (P42318)
    Beth M. Rivers P33614
    Pitt McGehee Palmer Bonanni & Rivers PC
    117 W. Fourth Street, Ste. 200
    Royal Oak, MI 48067
    Tel: (248) 398-9800
    cmcgehee@pittlawpc.com


    Hunter Shkolnik
    Patrick Lanciotti
    Paul J. Napoli
    Napoli Shkolnik PLLC
    360 Lexington Avenue, 11th Floor
    New York, NY, 10017
    Tel: (212) 397-1000
    planciotti@napolilaw.com
    pnapoli@napolilaw.com


    *Counsel for United States:*

    <u>/s/ Jason T. Cohen</u>
    Jason T. Cohen (CA Bar #214438)
    Michael L. Williams (DC Bar #471618)
    Eric Rey (DC Bar #988615)
    Daniel C. Eagles (DC Bar #1035048)
    Timothy B. Walthall (MA Bar #515460)
    Trial Attorneys
    United States Department of Justice
    Civil Division, Torts Branch

Environmental Tort Litigation
1100 L Street, N.W.
Washington, DC 20005
E-mail: Jason.T.Cohen@usdoj.gov
Phone: 202-514-0335
Fax: 202-616-4473