UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* FTCA Flint Water Cases,

_____/

This Response Relates to:
ALL CASES

Civil No. 4:17-cv-11218

Linda V. Parker
United States District Judge

Curtis Ivy, Jr.
United States Magistrate Judge

_____

PLAINTIFFS' INDEX OF EXHIBITS
FOR RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION PURSUANT TO THE FEDERAL TORT CLAIMS ACT'S DISCRETIONARY FUNCTION EXCEPTION

1. Expert Report of Dr. Larry Russell, 02/23/24
2. Miguel Del Toral Deposition Excerpts, 06/12/20
3. EPA Emergency Administrative Order, 01/21/16
4. Tinka Hyde OIG Meeting, 02/25/16
5. EPA Memorandum Re: Final Guidance on Emergency Authority, 09/27/91
6. Declaration of Erik D. Olson, 02/23/24
7. EPA OIG Report, Management Weaknesses Delayed Response to Flint Water Crisis, Report No. 18-P-0221, 07/19/18
8. Email from Thomas Poy, EPA Region 5 Chief, Groundwater and Drinking Water Branch, to Jennifer Crooks, EPA and Mike Prysby, MDEQ, 5/29/14; and Email from Jennifer Crooks, EPA Region 5, to Mike Prysby, MDEQ, 5/28/14
9. Jennifer Crooks Deposition Excerpts, 11/16/17

10. Peter C. Grevatt, Director, Office of Ground Water & Drinking Water, Clarifying Memorandum, 11/3/2015
11. Mark Pollins Deposition Excerpts, 08/09/23
12. Carol King Deposition Excerpts, 04/17/23
13. Robert Kaplan Deposition Excerpts, 01/14/22
14. EPA OIG Report, Management Alert: Drinking Water Contamination in Flint, Michigan, Demonstrates a Need to Clarify EPA Authority to Issue Emergency Orders to Protect the Public, Report No. 17-P-0004, 10/20/16
15. Flint Water Advisory Task Force, Final Report, March 2016
16. Stanley Meiburg Deposition Excerpts, 07/01/23
17. Tinka Hyde Letters Sent to Ms. Comer (03/02/15) and Ms. Pumfrey (02/28/15)
18. Jennifer Crooks Email, 02/26/15
19. Senate Report S. Rep. No 99-56 (1986)
20. Carol King, OIG Interview, 03/10/16
21. Susan Hedman Deposition Excerpts, 07/16/20
22. Susan Hedman Testimony before the House Committee on Oversight & Government Reform, 03/15/16
23. Mark Pollins, OIG Interview, 03/08/16
24. Heather Shoven, OIG Interviews Summary, 03/08/16
25. Thomas Poy Draft Letter to MDEQ
26. Susan Hedman, OIG Meeting, 04/19/16
27. Miguel Del Toral Email, 06/25/15
28. Jennifer Crooks Email, 10/23/14
29. Darren A. Lytle Deposition Excerpts, 11/04/20
30. Miguel Del Toral, Memorandum, 06/24/15
31. EPA Press Status Email, 07/10/15
32. OIG Findings, 07/12/16
33. EPA Public Notification Handbook (rev. 2010) (relevant pages only)
34. Affidavit of Amy Rodriguez-Chimal, 02/15/24