# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

| | |
|---|---|
| JAN BURGESS, and all 2,959 Individuals identified in the Burgess FTCA Administrative Complaint,<br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | Civil Action No. 4:17-cv-11218<br><br><br><br><br>Hon. Linda V. Parker<br>United States District Judge |

_____

## NOTICE OF APPEARANCE BY INTERESTED PARTY

PLEASE TAKE NOTICE that attorney Takisha D. Richardson of Cohen Milstein Sellers & Toll PLLC files this notice of appearance on behalf of Jan Burgess, and all 2,959 individuals identified in the Burgess FTCA Administrative Complaint.

Dated: July 22, 2024

Respectfully submitted,

*/s/ Takisha D. Richardson*
Takisha D. Richardson
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 US Highway One Suite 500
Palm Beach Gardens, FL 33408
(561) 515-1400
trichardson@cohenmilstein.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above case were served via the ECF filing system on July 22, 2024.

*/s/ Takisha D. Richardson*
Takisha D. Richardson
**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 US Highway One
Suite 500
Palm Beach Gardens, FL 33408
(561) 515-1400
trichardson@cohenmilstein.com
