UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FTCA Flint Water Cases | Civil No. 4:17-cv-11218 (Consolidated) |
| This Order Relates to:<br>ALL CASES<br>_____/ | Linda V. Parker<br>United States District Judge |

## STIPULATED ORDER TO EXTEND BRIEFING DEADLINES

The parties, by and through counsel, jointly agree and stipulate to extend by thirty days the deadline to file motions related to subject matter jurisdiction, summary judgment and *Daubert* motions, from September 16, 2024, to October 16, 2024. *See* ECF No. 259 at PageID.4979. Although the parties are endeavoring to complete all expert depositions by the current September 9, 2024, deadline (*see* ECF No. 282 at PageID.6838), a number of depositions will need to be moved to late August or early September, thus impeding the parties' abilities to meet the September 16, 2024, deadline. The parties met and conferred and agreed that a 30-day extension is appropriate.

Accordingly, the Court finding good cause for the proposed extension, it is hereby ordered that the deadline to file motions related to subject matter jurisdiction, summary judgment and Daubert motions is extended to October 16, 2024. Responses shall be filed

within 60 days from when the motion is filed, and Replies shall be filed within 30 days from when the response is filed.

**IT IS SO ORDERED.**

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: August 5, 2024

Dated: August 1, 2024

        Respectfully submitted,

        *FTCA Plaintiffs Liaison Counsel:*

        <u>/s/ permission to file provided by Cary McGehee</u>
        Cary S. McGehee (P42318)
        Beth M. Rivers P33614
        Pitt McGehee Palmer Bonanni & Rivers PC
        117 W. Fourth Street, Ste. 200
        Royal Oak, MI 48067
        Tel: (248) 398-9800
        cmcgehee@pittlawpc.com


        Hunter Shkolnik
        Patrick Lanciotti
        Paul J. Napoli
        Napoli Shkolnik PLLC
        360 Lexington Avenue, 11th Floor
        New York, NY, 10017
        Tel: (212) 397-1000
        planciotti@napolilaw.com
        pnapoli@napolilaw.com


        *Counsel for United States:*

        <u>/s/ Jason T. Cohen</u>
        Jason T. Cohen (CA Bar #214438)
        Heidy L. Gonzalez (FL Bar #1025003)
        Timothy B. Walthall (MA Bar #515460)
        Eric Rey (DC Bar #988615)
        Daniel C. Eagles (DC Bar #1035048)
        Trial Attorneys

United States Department of Justice
Civil Division, Torts Branch
Environmental Tort Litigation
1100 L Street, N.W.
Washington, DC 20005
E-mail: Jason.T.Cohen@usdoj.gov
Phone: 202-514-0335
Fax: 202-616-4473