UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FTCA Flint Water Cases | Civil No. 4:17-cv-11218 (Consolidated) |
| This Order Relates to:<br>ALL CASES | Linda V. Parker<br>United States District Judge |

_____/

## STIPULATED ORDER TO DISMISS CLAIMS OF H.J.

On November 7, 2023, the Court held a status conference at which FTCA Plaintiffs agreed to voluntarily dismiss with prejudice the claims of FTCA Discovery Group Plaintiff H.J. Defendant United States of America does not object to such dismissal.

Accordingly, the Court hereby orders that the claims of H.J., brought on her behalf by Corey Baker, are dismissed with prejudice.

**IT IS SO ORDERED.**

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: August 12, 2024

Dated: August 12, 2024

      Respectfully submitted,

      *FTCA Plaintiffs Liaison Counsel:*

      Cary S. McGehee (P42318)
      Beth M. Rivers P33614
      Pitt McGehee Palmer Bonanni & Rivers PC
      117 W. Fourth Street, Ste. 200
      Royal Oak, MI 48067
      Tel: (248) 398-9800
      cmcgehee@pittlawpc.com

      */s/ permission to file provided by Patrick Lanciotti*
      Hunter Shkolnik
      Patrick Lanciotti
      Paul J. Napoli
      Napoli Shkolnik PLLC
      360 Lexington Avenue, 11th Floor
      New York, NY, 10017
      Tel: (212) 397-1000
      planciotti@napolilaw.com
      pnapoli@napolilaw.com

      *Counsel for United States:*

      */s/ Jason T. Cohen*
      Jason T. Cohen (CA Bar #214438)
      Heidy L. Gonzalez (FL Bar #1025003)
      Timothy B. Walthall (MA Bar #515460)
      Eric Rey (DC Bar #988615)
      Daniel C. Eagles (DC Bar #1035048)
      Trial Attorneys

United States Department of Justice
Civil Division, Torts Branch
Environmental Tort Litigation
1100 L Street, N.W.
Washington, DC 20005
E-mail: Jason.T.Cohen@usdoj.gov
Phone: 202-514-0335
Fax: 202-616-4473