# Exhibit U

Highly Confidential - Richard D. Snyder

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF MICHIGAN

 3                     SOUTHERN DIVISION

 4     _____

                                    )

 5                                  )  Civil Action No.

                                    )  5:16-cv-10444-JEL-MKM

 6     In re:  FLINT WATER CASES  )  (consolidated)

                                    )

 7                                  )  Hon. Judith E. Levy

                                    )  Mag. Mona K. Majzoub

 8     _____)

 9

10                 Thursday, June 25, 2020

11                  HIGHLY CONFIDENTIAL

12                      VOLUME I

13

14          Remote videotaped deposition of

15     RICHARD D. SNYDER conducted at the location of the

16     witness in Ann Arbor, Michigan, commencing at

17     9:01 a.m., on the above date, before Carol A. Kirk,

18     Registered Merit Reporter, Certified Shorthand

19     Reporter, and Notary Public.

20

21

22

23               GOLKOW LITIGATION SERVICES

            877.370.3377 ph | 917.591.5672 fax

24                  deps@golkow.com
```

```
 1              A P P E A R A N C E S
 2                    - - -
 3   On behalf of the Class Plaintiffs:
 4          PAUL F. NOVAK, ESQUIRE
            GREGORY STAMATOPOULOS, ESQUIRE
 5          WEITZ & LUXENBERG, P.C.
            3011 West Grand Boulevard, Suit 2150
 6          Detroit, Michigan  48202
            313-800-4170
 7          pnovak@weitzlux.com
            gstamatopoulos@weitzlux.com
 8
            EMMY L. LEVENS, ESQUIRE
 9          THEODORE J. LEOPOLD, ESQUIRE
            JESSICA B. WEINER, ESQUIRE
10          COHEN MILSTEIN SELLERS & TOLL PLLC
            1100 New York Avenue, N.W., Suite 500
11          Washington, DC  20005
            202-408-4600
12          elevens@cohenmilstein.com
            tleopold@cohenmilstein.com
13          jweiner@cohenmilstein.com
14          CYNTHIA M. LINDSEY, ESQUIRE
            CYNTHIA M. LINDSEY & ASSOCIATES, PLLC
15          8900 East Jefferson Avenue, Suite 612
            Detroit, Michigan  48214
16          248-766-0797
            cmlind6439@gmail.com
17
            TERESA A. BINGMAN, ESQUIRE
18          LAW OFFICES OF TERESA A. BINGMAN, PLLC
            4131 Okemos Road, Suite 12
19          Okemos, Michigan  48864
            877-957-7077
20          tbingman@tbingmanlaw.com
21
     On behalf of the Burgess Plaintiffs:
22          CARY S. MCGEHEE, ESQUIRE
            PITT MCGEHEE PALMER BONANNI & RIVERS
23          117 West Fourth Street, Suite 200
            Royal Oak, Michigan  48067
24          cmcgehee@pittlawpc.com
```

Highly Confidential - Richard D. Snyder

```
 1              A P P E A R A N C E S (CONT'D)
 2                      - - -
 3   On behalf of Individual Plaintiffs:
 4           COREY M. STERN, ESQUIRE
             RENNER K. WALKER, ESQUIRE
 5           LEVY KONIGSBERG LLP
             800 3rd Avenue, 11th Floor
 6           New York, New York  10022
             212-605-6200
 7           cstern@levylaw.com
             rwalker@levylaw.com
 8
 9   On behalf of Individual Plaintiffs:
10           HUNTER SHKOLNIK, ESQUIRE
             NAPOLI SHKOLNIK PLLC
11           1301 Avenue of the Americas, 10th Floor
             New York, New York  10019
12           212-397-1000
             hunter@napolilaw.com
13
14   On behalf of Individual Plaintiffs:
15           DONALD H. DAWSON, JR., ESQUIRE
             FIEGER LAW
16           19390 West Ten Mile Road
             Southfield, Michigan  48075-2463
17           248-355-5555
             d.dawson@fiegerlaw.com
18
19   On behalf of the Mason State Court Plaintiffs:
20           JAYSON E. BLAKE, ESQUIRE
             MCALPINE PC
21           3201 University Drive, Suite 200
             Auburn Hills, Michigan  48326
22           248-373-3700
             jeblake@mcalpinepc.com
23
24
```

Highly Confidential - Richard D. Snyder

```
 1            A P P E A R A N C E S (CONT'D)
 2                    - - -
 3   On behalf of Richard D. Snyder:
 4         RICHARD KUHL, ASSISTANT ATTORNEY GENERAL
           MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
 5         525 West Ottawa Street, 6th Floor
           Lansing, Michigan  48909
 6         517-335-7664
           kuhlr@michigan.gov
 7
 8   On behalf of Defendants Veolia Water North America
     Operating Services, LLC, Veolia North America, LLC,
 9   and Veolia North America, Inc.:
10         RICHARD P. CAMPBELL, ESQUIRE
           JOHN R. PENHALLEGON, ESQUIRE
11         ALAINA N. DEVINE, ESQUIRE
           CHRISTOPHER R. HOWE, ESQUIRE
12         CAMPBELL CONROY & O'NEIL, P.C.
           1 Constitution Wharf, Suite 310
13         Boston, Massachusetts  02129
           617-241-3000
14         rpcampbell@campbell-trial-lawyers.com
           adevine@campbell-trial-lawyers.com
15         chowe@campbell-trial-lawyers.com
           jpenhallegon@campbell-trial-lawyers.com
16
17   On behalf of Defendant City of Flint:
18         WILLIAM KIM, ASSISTANT CITY ATTORNEY
           CITY OF FLINT LEGAL DEPARTMENT
19         1101 South Saginaw Street, 3rd Floor
           Flint, Michigan  48502
20         810-766-7146
           wkim@cityofflint.com
21
22
23
24
```

```
 1            A P P E A R A N C E S (CONT'D)
 2                     - - -
 3   On behalf of Defendants Leo A. Daly Company and
     Lockwood, Andrews & Newnam, Inc.:
 4
            TRAVIS S. GAMBLE, ESQUIRE
 5          FAEGRE DRINKER BIDDLE & REATH, LLP
            1717 Main Street, Suite 5400
 6          Dallas, Texas  75201
            469-357-2534
 7          travis.gamble@dbr.com
 8
     On behalf of McLaren Regional Medical Center:
 9
            J. BRIAN MACDONALD, ESQUIRE
10          CLINE CLINE & GRIFFIN, P.C.
            503 Saginaw Street, Suite 1000
11          Flint, Michigan  48502
            1-810-232-3141
12          jmacdonald@ccglawyers.com
13
     On behalf of Defendant Adam Rosenthal:
14
            JAMES A. FAJEN, ESQUIRE
15          FAJEN & MILLER, PLLC
            3646 West Liberty Road
16          Ann Arbor, Michigan  48103
            734-995-0181
17          fajenlaw@fajenmiller.com
18
     On behalf of Defendant Daugherty Johnson:
19
            EDWAR A. ZEINEH, ESQUIRE
20          LAW OFFICE OF EDWAR A. ZEINEH, PLLC
            2800 East Grand River Avenue, Suite B
21          Lansing, Michigan  48912
            517-292-7000
22          zeinehlaw@gmail.com
23
24
```

Highly Confidential - Richard D. Snyder

```
 1              A P P E A R A N C E S (CONT'D)
 2                        - - -
 3    On behalf of Defendants Bradley Wurfel and
      Daniel Wyant:
 4
             MICHAEL J. PATTWELL, ESQUIRE
 5           CLARK HILL PLC
             212 East Cesar Chavez Avenue
 6           Lansing, Michigan  48906
             517-318-3043
 7           mpattwell@clarkhill.com
 8           CHRISTOPHER B. CLARE, ESQUIRE
             CLARK HILL PLC
 9           1001 Pennsylvania Avenue NW, Suite 1300
             Washington, DC  20004
10           202-572-8671
             cclare@clarkhill.com
11
12    On behalf of Defendant Howard Croft:
13           ALEXANDER S. RUSEK, ESQUIRE
             WHITE LAW PLLC
14           2549 Jolly Road, Suite 340
             Okemos, Michigan  48864
15           517-316-1195
             alexrusek@whitelawpllc.com
16
17    On behalf of Defendant Jeffrey Wright:
18           MATTHEW T. WISE, ESQUIRE
             FOLEY MANSFIELD, PLLP
19           130 East 9 Mile Road
             Ferndale, Michigan  48220
20           248-721-4200
             mwise@foleymansfield.com
21
22
23
24
```

Highly Confidential - Richard D. Snyder

```
 1          A P P E A R A N C E S (CONT'D)
 2                    - - -
 3    On behalf of the MDEQ Employee Defendants:
 4          JARED A. ROBERTS, ESQUIRE
            FRASER TREBILCOCK
 5          124 West Allegan Street, Suite 1000
            Lansing, Michigan  48933
 6          517-482-5800
            jroberts@fraserlawfirm.com
 7
 8    On behalf of Defendant Darnell Earley:
 9          T. SANTINO MATEO, ESQUIRE
            LAW OFFICES OF T. SANTINO MATEO
10          535 Griswold, Suite 1000
            Detroit, Michigan  48226
11          313-962-3500
            tsantinomateo@gmail.com
12
13    On behalf of the United States of America:
14          JASON T. COHEN, ESQUIRE
            U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
15          175 N. Street, N.E.
            Washington, D.C.  20002
16          202-598-0335
            jason.t.cohen@usdoj.gov
17
18    On behalf of Defendant Ed Kurtz:
19          CHRIS STRITMATTER, ESQUIRE
            SIMEN, FIGURA & PARKER, P.L.C.
20          5206 Gateway Center, Suite 200
            Flint, Michigan  48507
21          810-235-9000
            cstritmatter@sfplaw.com
22
23
24
```

Highly Confidential - Richard D. Snyder

```
 1           A P P E A R A N C E S (CONT'D)

 2                      - - -

 3   On behalf of Defendant Robert Scott:

 4           KURT E. KRAUSE, ESQUIRE

             CHARTIER NYAMFUKUDZA P.L.C.

 5           2295 Sower Boulevard

             Okemos, Michigan  48864

 6           517-885-3305

             cnlaw@cndefenders.com

 7

 8   Also Present:

 9           Francis X. Ferrara, Veolia

             Udolilim Nnamdi, Cohen Milstein

10           Melissa Mays, Plaintiff

             Jazmine Duran, Videographer

11

12                      - - -

13

14

15

16

17

18

19

20

21

22

23

24
```

Highly Confidential - Richard D. Snyder

1          A.    I don't recall.

2                MR. KUHL:  Objection to form.

3          Q.    The switch ultimately occurred; is

4    that correct?

5          A.    That's correct.

6          Q.    And the switch back to DWSD

7    ultimately occurred, correct?

8          A.    That's correct.

9          Q.    And was it -- were you able to

10   find funds, or how did that switch occur if it

11   was a financial issue, as indicated in some of

12   these e-mails we've just reviewed?

13         A.    With the switch back to DWSD, as I

14   recall, we were able to find funds and we got

15   additional private support to pay for the

16   transition back.

17         Q.    What do you mean by "private

18   support"?

19         A.    I believe we had some foundation

20   support.

21         Q.    Governor, let's look at the next

22   exhibit, which will be Exhibit 18.

23                MR. LEOPOLD:  And it's tab

24   number 24, Emmy.

Highly Confidential - Richard D. Snyder

1   start taking positive actions."

2           Sometime over the course of the

3   next days, weeks, or months, that became a

4   topic.

5           Q.    Do you recall the date, either

6   specifically or as close to specifically as you

7   can get, when the City of Flint switched back

8   from the utilization of the Flint River as a

9   primary water source to the DWSD?

10          A.    As I recall, it was in early

11  October.

12          Q.    So it would be fair to say that

13  based on your testimony to Congress, if you

14  discovered on October 1, 2015 that lead

15  presented a safety issue for the people of

16  Flint, that within 30 days of that discovery,

17  that the City of Flint switched back to DWSD?

18          A.    As I recall, it's shorter than

19  that.  It was a relatively short time frame.

20          Q.    And what was the process that was

21  required for the City of Flint to switch back to

22  DWSD, from what you can recall?

23          A.    We had to go to DWSD and

24  essentially get their concurrence that they

1   would let us switch back.  It was a major part

2   of that step, as I recall.

3          Q.    And obviously it happened, and so,

4   you know, DWSD, in light of the circumstances,

5   permitted the City of Flint to switch back,

6   correct?

7          A.    That's correct.

8          Q.    Do you recall if there was a cost

9   associated with that switch from the Flint River

10  to the DWSD in October of 2015?

11         A.    Yes, there was some cost, as I

12  recall.

13         Q.    And do you recall who bore the

14  brunt of that cost?

15         A.    I can't recall specifically.  But

16  as I recollect, I believe a good -- the majority

17  of it was the Mott Foundation, that private

18  foundation I mentioned earlier.  I went and

19  asked them for the money to help make the

20  switch.

21         Q.    And was part of your -- and I

22  don't want to use -- I apologize for using words

23  that might sound flippant, and it's not my

24  intention.  But as part of your pitch to the

Highly Confidential - Richard D. Snyder

1  Mott Foundation, in order to help get the money

2  for the switch, were the safety issues

3  associated with lead part of the pitch?

4         A.    I don't recall the specifics.

5  Given the circumstance, I think -- when you're

6  asking from someone that kind of money, I was

7  pretty open about what the situation was.  I

8  don't recall the specifics of the dialogue.

9         Q.    And when it came to making the

10  request, was it you who made the request from

11  the Mott Foundation?

12         A.    I believe so.

13         Q.    And I know you said earlier that

14  you don't operate with hypotheticals, and so I'm

15  going to apologize in advance for this next

16  question and for what will likely be a series of

17  questions, and I'll do my best to ask them in a

18  way that won't offend you and that, perhaps,

19  you'd be willing to engage, you know, an answer

20  to the question.

21              But if in October of 2015 upon

22  realizing that there were safety issues

23  associated with lead in water in Flint, you were

24  able to procure significant funding for a switch

Highly Confidential - Richard D. Snyder

```
 1                    CERTIFICATE
 2
             I, Carol A. Kirk, a Registered Merit
 3   Reporter and Notary Public in and for the State of
     Michigan, duly commissioned and qualified, do hereby
 4   certify that the within-named RICHARD D. SNYDER was by
     me first duly sworn to testify to the truth, the whole
 5   truth, and nothing but the truth in the cause
     aforesaid; that the deposition then given by him was
 6   by me reduced to stenotype in the presence of said
     witness; that the foregoing is a true and correct
 7   transcript of the deposition so given by him; that the
     deposition was taken at the time and place in the
 8   caption specified and was completed without
     adjournment; and that I am in no way related to or
 9   employed by any attorney or party hereto or
     financially interested in the action; and I am not,
10   nor is the court reporting firm with which I am
     affiliated, under a contract as defined in Civil Rule
11   28(D).
12
13           IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office at Dexter, Michigan
14   on this 12th day of July 2020.
15
16
17   _____
             CAROL A. KIRK, RMR, CSR-9139
18           NOTARY PUBLIC - STATE OF MICHIGAN
19
20   My Commission Expires:  August 19, 2022.
21                    - - -
22
23
24
```

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF MICHIGAN

3                    SOUTHERN DIVISION

4    _____

                                      )

5                                     )   Civil Action No.

                                      )   5:16-cv-10444-JEL-MKM

6    In re:  FLINT WATER CASES  )   (consolidated)

                                      )

7                                     )   Hon. Judith E. Levy

                                      )   Mag. Mona K. Majzoub

8    _____)

9

10                  Friday, June 26, 2020

11                  HIGHLY CONFIDENTIAL

12                      VOLUME II

13

14          Continued remote videotaped deposition of

15   RICHARD D. SNYDER conducted at the location of the

16   witness in Gun Lake, Michigan, commencing at

17   9:09 a.m., on the above date, before Carol A. Kirk,

18   Registered Merit Reporter, Certified Shorthand

19   Reporter, and Notary Public.

20

21

22

23              GOLKOW LITIGATION SERVICES

          877.370.3377 ph | 917.591.5672 fax

24                  deps@golkow.com

Highly Confidential - Richard D. Snyder

```
 1                A P P E A R A N C E S
 2                    - - -
 3   On behalf of the Class Plaintiffs:
 4         PAUL F. NOVAK, ESQUIRE
           GREGORY STAMATOPOULOS, ESQUIRE
 5         WEITZ & LUXENBERG, P.C.
           3011 West Grand Boulevard, Suit 2150
 6         Detroit, Michigan  48202
           313-800-4170
 7         pnovak@weitzlux.com
           gstamatopoulos@weitzlux.com
 8
           EMMY L. LEVENS, ESQUIRE
 9         THEODORE J. LEOPOLD, ESQUIRE
           JESSICA B. WEINER, ESQUIRE
10         COHEN MILSTEIN SELLERS & TOLL PLLC
           1100 New York Avenue, N.W., Suite 500
11         Washington, DC  20005
           202-408-4600
12         elevens@cohenmilstein.com
           tleopold@cohenmilstein.com
13         jweiner@cohenmilstein.com
14         CYNTHIA M. LINDSEY, ESQUIRE
           CYNTHIA M. LINDSEY & ASSOCIATES, PLLC
15         8900 East Jefferson Avenue, Suite 612
           Detroit, Michigan  48214
16         248-766-0797
           cmlind6439@gmail.com
17
           TERESA A. BINGMAN, ESQUIRE
18         LAW OFFICES OF TERESA A. BINGMAN, PLLC
           4131 Okemos Road, Suite 12
19         Okemos, Michigan  48864
           877-957-7077
20         tbingman@tbingmanlaw.com
21
     On behalf of the Burgess Plaintiffs:
22         CARY S. MCGEHEE, ESQUIRE
           PITT MCGEHEE PALMER BONANNI & RIVERS
23         117 West Fourth Street, Suite 200
           Royal Oak, Michigan  48067
24         cmcgehee@pittlawpc.com
```

```
 1            A P P E A R A N C E S (CONT'D)
 2                      - - -
 3   On behalf of Individual Plaintiffs:
 4          COREY M. STERN, ESQUIRE
            RENNER K. WALKER, ESQUIRE
 5          LEVY KONIGSBERG LLP
            800 3rd Avenue, 11th Floor
 6          New York, New York  10022
            212-605-6200
 7          cstern@levylaw.com
            rwalker@levylaw.com
 8
 9   On behalf of Individual Plaintiffs:
10          HUNTER SHKOLNIK, ESQUIRE
            NAPOLI SHKOLNIK PLLC
11          1301 Avenue of the Americas, 10th Floor
            New York, New York  10019
12          212-397-1000
            hunter@napolilaw.com
13
14   On behalf of Individual Plaintiffs:
15          DONALD H. DAWSON, JR., ESQUIRE
            FIEGER LAW
16          19390 West Ten Mile Road
            Southfield, Michigan  48075-2463
17          248-355-5555
            d.dawson@fiegerlaw.com
18
19   On behalf of the Mason State Court Plaintiffs:
20          JAYSON E. BLAKE, ESQUIRE
            MCALPINE PC
21          3201 University Drive, Suite 200
            Auburn Hills, Michigan  48326
22          248-373-3700
            jeblake@mcalpinepc.com
23
24
```

Highly Confidential - Richard D. Snyder

```
 1           A P P E A R A N C E S (CONT'D)
 2                      - - -
 3   On behalf of Richard D. Snyder:
 4           RICHARD KUHL, ASSISTANT ATTORNEY GENERAL
             MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
 5           525 West Ottawa Street, 6th Floor
             Lansing, Michigan  48909
 6           517-335-7664
             kuhlr@michigan.gov
 7
 8   On behalf of Defendants Veolia Water North America
     Operating Services, LLC, Veolia North America, LLC,
 9   and Veolia North America, Inc.:
10           RICHARD P. CAMPBELL, ESQUIRE
             JOHN R. PENHALLEGON, ESQUIRE
11           ALAINA N. DEVINE, ESQUIRE
             CHRISTOPHER R. HOWE, ESQUIRE
12           CAMPBELL CONROY & O'NEIL, P.C.
             1 Constitution Wharf, Suite 310
13           Boston, Massachusetts  02129
             617-241-3000
14           rpcampbell@campbell-trial-lawyers.com
             adevine@campbell-trial-lawyers.com
15           chowe@campbell-trial-lawyers.com
             jpenhallegon@campbell-trial-lawyers.com
16
17   On behalf of Defendant City of Flint:
18           WILLIAM KIM, ASSISTANT CITY ATTORNEY
             CITY OF FLINT LEGAL DEPARTMENT
19           1101 South Saginaw Street, 3rd Floor
             Flint, Michigan  48502
20           810-766-7146
             wkim@cityofflint.com
21
22
23
24
```

```
 1            A P P E A R A N C E S (CONT'D)
 2                      - - -
 3   On behalf of Defendants Leo A. Daly Company and
     Lockwood, Andrews & Newnam, Inc.:
 4
            TRAVIS S. GAMBLE, ESQUIRE
 5          FAEGRE DRINKER BIDDLE & REATH, LLP
            1717 Main Street, Suite 5400
 6          Dallas, Texas  75201
            469-357-2534
 7          travis.gamble@dbr.com
 8
     On behalf of McLaren Regional Medical Center:
 9
            J. BRIAN MACDONALD, ESQUIRE
10          CLINE CLINE & GRIFFIN, P.C.
            503 Saginaw Street, Suite 1000
11          Flint, Michigan  48502
            1-810-232-3141
12          jmacdonald@ccglawyers.com
13
     On behalf of Defendant Adam Rosenthal:
14
            JAMES A. FAJEN, ESQUIRE
15          FAJEN & MILLER, PLLC
            3646 West Liberty Road
16          Ann Arbor, Michigan  48103
            734-995-0181
17          fajenlaw@fajenmiller.com
18
     On behalf of Defendant Daugherty Johnson:
19
            EDWAR A. ZEINEH, ESQUIRE
20          LAW OFFICE OF EDWAR A. ZEINEH, PLLC
            2800 East Grand River Avenue, Suite B
21          Lansing, Michigan  48912
            517-292-7000
22          zeinehlaw@gmail.com
23
24
```

Highly Confidential - Richard D. Snyder

```
 1            A P P E A R A N C E S (CONT'D)
 2                      - - -
 3    On behalf of Defendants Bradley Wurfel and
      Daniel Wyant:
 4
              MICHAEL J. PATTWELL, ESQUIRE
 5            CLARK HILL PLC
              212 East Cesar Chavez Avenue
 6            Lansing, Michigan  48906
              517-318-3043
 7            mpattwell@clarkhill.com
 8            CHRISTOPHER B. CLARE, ESQUIRE
              CLARK HILL PLC
 9            1001 Pennsylvania Avenue NW, Suite 1300
              Washington, DC  20004
10            202-572-8671
              cclare@clarkhill.com
11
12    On behalf of Defendant Howard Croft:
13            ALEXANDER S. RUSEK, ESQUIRE
              WHITE LAW PLLC
14            2549 Jolly Road, Suite 340
              Okemos, Michigan  48864
15            517-316-1195
              alexrusek@whitelawpllc.com
16
17    On behalf of Defendant Jeffrey Wright:
18            MATTHEW T. WISE, ESQUIRE
              FOLEY MANSFIELD, PLLP
19            130 East 9 Mile Road
              Ferndale, Michigan  48220
20            248-721-4200
              mwise@foleymansfield.com
21
22
23
24
```

Highly Confidential - Richard D. Snyder

```
 1            A P P E A R A N C E S (CONT'D)
 2                      - - -
 3   On behalf of the MDEQ Employee Defendants:
 4         JARED A. ROBERTS, ESQUIRE
           FRASER TREBILCOCK
 5         124 West Allegan Street, Suite 1000
           Lansing, Michigan  48933
 6         517-482-5800
           jroberts@fraserlawfirm.com
 7
 8   On behalf of Defendant Darnell Earley:
 9         T. SANTINO MATEO, ESQUIRE
           LAW OFFICES OF T. SANTINO MATEO
10         535 Griswold, Suite 1000
           Detroit, Michigan  48226
11         313-962-3500
           tsantinomateo@gmail.com
12
13   On behalf of the United States of America:
14         JASON T. COHEN, ESQUIRE
           U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
15         175 N. Street, N.E.
           Washington, D.C.  20002
16         202-598-0335
           jason.t.cohen@usdoj.gov
17
18   On behalf of Defendant Ed Kurtz:
19         CHRIS STRITMATTER, ESQUIRE
           SIMEN, FIGURA & PARKER, P.L.C.
20         5206 Gateway Center, Suite 200
           Flint, Michigan  48507
21         810-235-9000
           cstritmatter@sfplaw.com
22
23
24
```

Highly Confidential - Richard D. Snyder

```
 1         A P P E A R A N C E S (CONT'D)
 2                    - - -
 3   On behalf of Defendant Robert Scott:
 4         KURT E. KRAUSE, ESQUIRE
           CHARTIER NYAMFUKUDZA P.L.C.
 5         2295 Sower Boulevard
           Okemos, Michigan  48864
 6         517-885-3305
           cnlaw@cndefenders.com
 7
 8   Also Present:
 9         Francis X. Ferrara, Veolia
           Udolilim Nnamdi, Cohen Milstein
10         Melissa Mays, Plaintiff
           Jazmine Duran, Videographer
11
12                    - - -
13
14
15
16
17
18
19
20
21
22
23
24
```

Highly Confidential - Richard D. Snyder

```
1            Q.    Okay.  Did you come to know what

2   the Flint Technical Advisory Committee was?

3            A.    In that time frame, I was more

4   familiar.  I don't recall all the membership or

5   who was on it at this point in time.

6            Q.    All right.  I'll come back to that

7   as well.

8                  And then on -- in paragraph 19,

9   "The EPA found that on or about October 16,

10  2015, the city switched back to purchasing

11  finished water from Detroit, now called the

12  Great Lakes Water Authority."

13                 Did I read that correctly, and is

14  it accurate?

15           A.    I -- you read it properly, and I

16  believe it's accurate.

17           Q.    And if I heard your testimony

18  correctly over the last day and a half, from

19  your perspective, the ultimate switch back to

20  Detroit water was initiated and completed within

21  a couple of weeks; is that right?

22           A.    I believe so.

23           Q.    And I think you paid particular

24  attention to Marc Edwards' study of water
```

Highly Confidential - Richard D. Snyder

1    samples from the City of Flint and also from

2    Dr. Mona Hanna-Attisha's blood lead level study

3    out of Hurley Hospital, correct?

4           A.    That's correct.

5           Q.    Do you remember that Marc Edwards

6    was brought into the study of Flint drinking

7    water by Miguel Del Toral?

8           A.    I don't recall that.

9           Q.    Did you ever come to know the

10   results of Marc Edwards' study of lead in

11   drinking water in the City of Flint?

12          A.    I believe he did more than one

13   study.  He did a number of studies.  The one --

14   I became aware of the study that was I believe

15   published in the September time frame.  It could

16   have been late August, September time frame of

17   2015.

18                He continued to do work after

19   that.  Actually, I got to know Dr. Edwards.  I

20   would have communications with Dr. Edwards.

21          Q.    All right.  Good.

22                Did you come to learn that among

23   the samples that he studied, he found at least

24   one with a lead content of -- in excess of

Highly Confidential - Richard D. Snyder

```
 1            A.     She was the EPA administrator.

 2            Q.     And this is dated October 2, 2015,

 3     Friday, October 2, 2015, correct?

 4            A.     Yes.

 5            Q.     All right.  And I'm just going to

 6     scroll down, and I believe this was --

 7                   MR. COHEN:  Carol, if you don't

 8            have this already, I'll e-mail it to you

 9            after.  I don't have a Bates number on

10            it.

11     BY MR. COHEN:

12            Q.     But I'm on the second page.

13     There's part of the e-mail.  It goes through a

14     couple of -- a couple of topics, but a topic

15     here in the middle of the page starts, "As many

16     of you know" -- and I highlighted it.  It

17     says -- "we spent a lot of time and energy this

18     past week on the drinking water situation in

19     Flint here in Region 5 and in DC.  Many thanks

20     to all of you who dropped everything to help

21     shape the action plan that the State of Michigan

22     and City of Flint announced today."

23                   Do you recall the action plan that

24     was announced on that date, October 2, 2015?
```

Highly Confidential - Richard D. Snyder

```
1          A.    Yes, generally.

2          Q.    Generally?  What is it generally?

3   What was that?

4          A.    I believe there were a number of

5   steps from doing free water testing, including

6   things -- and I may be off on some of these, but

7   free water testing.  Basically offering filters.

8   I think there were five or six action items in

9   particular that we had on the list.

10         Q.    What was the purpose of the action

11  plan?

12         A.    To help alleviate the situation in

13  Flint, to help short term provide better water.

14  Again, if you're getting your water tested, that

15  was good to give confidence to people in the

16  community and give us better information.  The

17  filters would have helped with the lead

18  situation and the quality of the water people

19  were getting, a number of those kind of items.

20         Q.    So is it fair to say the purpose

21  was to protect the health of the citizens of

22  Flint?

23         A.    To help protect the health, that

24  would be accurate.
```

1        Q.    And it says here -- the next line

2    says, "EPA was thanked many times during the

3    press conference today, and it is clear (from

4    statements during the press conference and my

5    ongoing conversations with Director Wyant and

6    Mayor Walling) that they are both counting on

7    EPA to continue to provide technical assistance

8    to implement the action plan.  Starting next

9    week with ORD, scientists will be participating

10   in a Technical Advisory Committee meeting

11   convened by the city and state."

12             Is that -- now, do you recall --

13   did you participate in this press conference on

14   October 2, 2015?

15        A.    I don't recall specifically.  I

16   would have participated in some press

17   conference, but I'm not sure if it was this one

18   specifically.

19        Q.    Would you agree that EPA was being

20   counted on to provide technical assistance to

21   implement the action plan?

22        A.    It appears that way, and I

23   believe -- now that you're refreshing some of my

24   recollection, I believe they were helpful in

Highly Confidential - Richard D. Snyder

1    that process.  I know later on they were.

2           Q.    And did EPA participate in the

3    formulation of that action plan?

4           A.    Likely they would have been part

5    of the group that would have been meeting to

6    discuss the various items, but I can't tell you

7    specifically.

8           Q.    Is that because you don't -- you

9    just don't recall specifically what their

10   participation was?

11          A.    Yeah, I just don't recall who was

12   in the specific meetings and who put together

13   the detailed plan.

14          Q.    All right.  And then Ms. Hedman

15   goes on to say that, "Rather than characterize

16   the final action plan, I've simply inserted the

17   State of Michigan press release describing the

18   plan below."

19                And if we go down below, we -- the

20   next page -- I'm sorry.  The pictures didn't

21   show up on this copy, but it's got a -- next

22   page is -- it looks like a press release,

23   "Governor Rick Snyder:  Comprehensive action

24   plan will help Flint residents address water

1    concerns.  Collaborative effort with state,

2    federal, and city leaders focuses on testing,

3    assistance.  October 2, 2015."

4              Did I read that correctly?

5        A.    Yes.

6        Q.    And then it's got the context.

7    I'm sorry.  For the Governor's Office, MDEQ, and

8    Michigan Department of Health and Human

9    Services, and those typically accompany a press

10   release from your office, correct?

11       A.    Correct.

12       Q.    And you see this press release, it

13   has on the next page a list of bullet points,

14   ten bullet points, and are these the -- from

15   your understanding, are these the ten points of

16   your action plan that was released on October 2,

17   2015?

18       A.    As I mentioned -- I mentioned two

19   or three of those items, as I recall.  I

20   couldn't recall all, the entire group, but now

21   that you show it, this would have been the list.

22       Q.    All right.  And those include --

23   one of them is, "Accelerating corrosion controls

24   in Flint drinking water system," right?

Highly Confidential - Richard D. Snyder

```
 1            A.    That's correct.

 2            Q.    It also includes, "Accelerating

 3    water system improvements to address replacing

 4    lead service lines," correct?

 5            A.    Correct.

 6            Q.    And then it also includes, with

 7    respect to the Safe Drinking Water Technical

 8    Advisory Committee, "adding an expert -- adding

 9    an expert from the EPA's Office of Research and

10    Development to the group," correct?

11            A.    Correct.

12            Q.    All right.  Let me just see if I

13    can stop this sharing.

14                  Okay.  Now, I want to ask you

15    about some of your prior testimony.  You were

16    asked, I believe, by Mr. Campbell today about a

17    document that identified Michael Wright from the

18    EPA.

19                  Do you recall that?

20            A.    Generally.

21            Q.    And I think it was in relationship

22    to the Flint Technical Advisory Committee.

23                  Do you recall that?

24            A.    Yes.
```

Highly Confidential - Richard D. Snyder

```
 1                       CERTIFICATE
 2
            I, Carol A. Kirk, a Registered Merit
 3   Reporter and Notary Public in and for the State of
     Michigan, duly commissioned and qualified, do hereby
 4   certify that the within-named RICHARD D. SNYDER was by
     me first duly sworn to testify to the truth, the whole
 5   truth, and nothing but the truth in the cause
     aforesaid; that the deposition then given by him was
 6   by me reduced to stenotype in the presence of said
     witness; that the foregoing is a true and correct
 7   transcript of the deposition so given by him; that the
     deposition was taken at the time and place in the
 8   caption specified and was completed without
     adjournment; and that I am in no way related to or
 9   employed by any attorney or party hereto or
     financially interested in the action; and I am not,
10   nor is the court reporting firm with which I am
     affiliated, under a contract as defined in Civil Rule
11   28(D).
12
13          IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office at Dexter, Michigan
14   on this 12th day of July 2020.
15
16
17                   _____
                     CAROL A. KIRK, RMR, CSR-9139
18                   NOTARY PUBLIC - STATE OF MICHIGAN
19
20   My Commission Expires:  August 19, 2022.
21                       - - -
22
23
24
```