UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* FTCA Flint Water Cases

This Motion Relates to:

THE FIRST BELLWETHER
PROCEEDINGS

Civil No. 4:17-cv-11218
(Consolidated)

Linda V. Parker
United States District Judge

Curtis Ivy, Jr.
United States Magistrate Judge

---

### United States of America's Index of Exhibits to Motion for Summary Judgment

---

**Exhibit A:**  Governor's Office Briefing Paper, Oct. 1, 2014

**Exhibit B:**  Declaration of State of Emergency, City of Flint, Dec. 14, 2015

**Exhibit C:**  Declaration of Ken Redden

**Exhibit D:**  John Campbell Administrative Claim

**Exhibit E:**  S.J. Administrative Claim (redacted)

**Exhibit F:**  Anthony Vance Administrative Claim

**Exhibit G:**  J.M. Administrative Claim (redacted)

**Exhibit H:**  William Daly, on behalf of Carolyn Daly, Administrative Claim

**Exhibit I:**  Vivian Anderson Administrative Claim

**Exhibit J:**  Stanley Langston Administrative Claim

**Exhibit K:**  Jason Keys Administrative Claim

1

**Exhibit L:**  Terry Crews, on behalf of Patricia Crews, Administrative Claim

**Exhibit M:**  Margie McClain Administrative Claim

**Exhibit N:**  Lawrence Cooley Administrative Claim

**Exhibit O:**  Proclamation, Declaration of Emergency, Gov. Rick Snyder, Jan. 5, 2016

**Exhibit P:**  Certificate of Death, Patricia Crews

**Exhibit Q:**  Certificate of Death, Carolyn Daly

**Exhibit R:**  Vivian Anderson's Response to the USA's First Set of Interrogatories, excerpted

**Exhibit S:** Deposition of Vivian Anderson, May 1, 2023, excerpted

**Exhibit T:** Stanley Langston Plaintiff Fact Sheet, excerpted

**Exhibit U:** Stanley Langston's Response to the USA's First Set of Interrogatories, excerpted

**Exhibit V:** Deposition of Stanley Langston, April 21, 2023, excerpted

**Exhibit W**: Jason Keys Plaintiff Fact Sheet, excerpted

**Exhibit X:** Jason Keys' Response to the USA's First Set of Interrogatories, excerpted

**Exhibit Y:** Deposition of Jason Keys, February 6, 2023, excerpted

**Exhibit Z:** Jason Keys Medical Records - JK00021-23, excerpted

**Exhibit AA:** Deposition of Edward Gildeh, M.D., August 21, 2023, excerpted

**Exhibit AB:** Deposition of Terry Crews, January 23, 2023, excerpted

**Exhibit AC**: Patricia Crews Plaintiff Fact Sheet, excerpted

**Exhibit AD**: Margie McClain Plaintiff Fact Sheet, excerpted

**Exhibit AE:** Margie McClain's Response to the USA's First Set of Interrogatories, excerpted

**Exhibit AF:** Deposition of Margie McClain, January 25, 2023, excerpted

**Exhibit AG:** Deposition of Leo McClain, April 24, 2023, excerpted

**Exhibit AH**: Lawrence Cooley Plaintiff Fact Sheet, excerpted

**Exhibit AI:** Lawrence Cooley's Response to the USA's First Set of Interrogatories, excerpted

**Exhibit AJ:** Deposition of Lawrence Cooley Vol. I, April 4, 2023, excerpted

**Exhibit AK:** Deposition of Lawrence Cooley Vol. II, April 12, 2023, excerpted

**Exhibit AL:** Expert Report of Dr. Bruce A. Brod

**Exhibit AM**: Anthony Vance Plaintiff Fact Sheet, excerpted

**Exhibit AN:** Terry Crews, on behalf of The Estate Patricia Crews, Response to the USA's First Set of Interrogatories, excerpted

**Exhibit AO:** FTCA Plaintiffs Disclosures of Expert Opinions Pursuant to FRCP 26(a)(2)(C), dated 2-23-24, 5-13-24, and 8-19-24

**Exhibit AP:** Deposition of Jamal Michael Saad, July 30, 2024, excerpted

**Exhibit AQ:** Commercial Broker Price Opinion for 1610 W. Pasadena Rd., Legins Deposition Exhibit 4

**Exhibit AR:** Deposition of Dr. Mohammed Syed, August 23, 2023, excerpted

**Exhibit AS:** Margie McClain's Response to the USA's First Set of Requests for Production, excerpted

**Exhibit AT:** Deposition of Dr. Wrex Weaver III, July 17, 2023, excerpted

**Exhibit AU:** Lawrence Cooley's Response to the USA's First Set of Requests for Production, excerpted

**Exhibit AV**: Carolyn Daly Plaintiff Fact Sheet, excerpted

**Exhibit AW:** William Daly, on behalf of The Estate of Carolyn Daly, Response to the USA's First Set of Interrogatories, excerpted

**Exhibit AX:** Carolyn Daly Medical Records – CD00295, excerpted

**Exhibit AY:** Carolyn Daly Medical Records – CD00343, excerpted

**Exhibit AZ:** Deposition of Dr. Timothy Piontkowski, August 10, 2023, excerpted

**Exhibit BA:** Anthony Vance's Second Corrected Response to the USA's First Set of Interrogatories, excerpted

**Exhibit BB**: John Campbell Plaintiff Fact Sheet, excerpted

**Exhibit BC:** John Campbell's Response to the USA's First Set of Requests for Production, excerpted

**Exhibit BD:** Deposition of John Campbell, December 1, 2022, excerpted

**Exhibit BE:** Deposition of Dr. April Fischer, December 15, 2023, excerpted