UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FTCA Flint Water Cases | Civil No. 4:17-cv-11218 (Consolidated) |
| This Motion Relates to: | Linda V. Parker<br>United States District Judge |
| THE FIRST BELLWETHER PROCEEDINGS | Curtis Ivy, Jr.<br>United States Magistrate Judge |

**United States of America's Index of Exhibits to
Motion To Exclude Testimony of Zak Rostar, Anthony Legins, Jamal Saad,
and John Meyers**

Ex. 1, Plaintiffs' Initial Disclosure at 19-21

Ex. 2, Plaintiffs' Corrected Disclosure at 19-21

Ex. 3, Plaintiffs' Supplemental Rebuttal Disclosures at 26-29

Ex. 4, E-mail from Jason T. Cohen to FTCA Plaintiffs Liaison Counsel (Mar. 5, 2024)

Ex. 5, E-mail from Cary McGehee to Jason T. Cohen (Mar. 13, 2024)

Ex. 6, E-mail from Jason T. Cohen to FTCA Plaintiffs Liaison Counsel (July 26, 2024)

Ex. 7, Rostar Depo.

Ex. 8, Legins Depo.

Ex. 9, Meyers Depo.

Ex. 10, Saad Depo.

Ex. 11, E-mail from Cary McGehee to Jason T. Cohen (Sep. 4, 2024)