UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* FTCA Flint Water Cases,

_____/

This Motion Relates to:
ALL CASES

Civil No. 4:17-cv-11218
Linda V. Parker
United States District Judge

Curtis Ivy, Jr.
United States Magistrate Judge

_____

**INDEX OF EXHIBITS**

1. Jennifer L. Huffman, CV

2. Jennifer L. Huffman Deposition Transcripts, Volumes I-III (relevant pages only)

3. Daryn Reicherter, M.D., CV

4. Daryn Reicherter, M.D., Declaration

5. Jennifer L. Huffman, List of References

6. Daryn Reicherter, M.D., List of References

7. Leslie Lebowitz, Ph.D., CV

8. Vonnie C. McLoyd, Ph.D., CV