# EXHIBIT 1

# Jennifer L. Huffman

jlhuffman@hpsych.com

4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823      work (517) 337-9554  mobile (517) 937-5783

## PERSONAL
Birth date:       March 19, 1972
Family status:   Married, two daughters, one son

## LICENSE/CERTIFICATIONS
09/18/14       Subspecialty Certification in Pediatric Clinical Neuropsychology through ABPP, #7634
05/13/06       Diplomate, American Board of Professional Psychology-Clinical Neuropsychology, #6168
09/17/02       Full License granted by State of Michigan, #6301011260

## EDUCATION
09/95-12/00   **Wayne State University, Detroit, Michigan**
Doctorate of Philosophy in Psychology, December 2000
Dissertation: "Predictors of Treatment Adherence and the Relationship Between Adherence and Treatment Outcome Among Migraine Headache Patients"

Master of Arts in Psychology, May 1997
Thesis:  "Psychological Predictors of Cardiac Events"

Major area:  Clinical Psychology; Minor area:  Biopsychology

08/90-05/94   **Lake Superior State University, Sault Ste. Marie, Michigan**
Bachelor of Science, Summa Cum Laude, May 1994
Major: Psychology; Minor: Mathematics

## CLINICAL EXPERIENCE
12/03-present   **Neuropsychologist, Huffman Psychology, PLLC, East Lansing, Michigan**
Own and manage independent psychology practice aimed at providing neuropsychological assessments to individuals of all ages, with a particular emphasis on children.  Serve a diverse population including children and adults with primary disorders of attention, autism spectrum disorders, intellectual disabilities, learning disorders, psychiatric problems, traumatic brain injuries, stroke, cancer, and dementia illnesses.  Also provide psychological and educational intervention and consultation.  Offer practicum training to local college students.

03/07-10/16   **Manager, Henry Ford Jackson Hospital Neuropsychology, Jackson, Michigan**
Managed department and conducted outpatient and inpatient neuropsychological assessments for a diverse population of children, adults, and elderly individuals diagnosed with a variety of conditions such as primary disorders of attention, autism spectrum disorders, intellectual disabilities, learning disorders, psychiatric problems, traumatic brain injuries, stroke, cancer, and dementia illnesses as a medical staff member.  Testified in probate court related to issues of capacity to make medical decisions and need for guardianship/conservatorship.  Supervised undergraduate and graduate students in administration and interpretation of a variety of neuropsychological measures.  Involved in hospital staff/graduate medical education and performance improvement projects.  Regularly participated in educational offerings such as trauma lectures, journal clubs, and neuroradiology case conferences.

04/03-02/07   **Staff Neuropsychologist, Henry Ford Jackson Hospital Neuropsychology, Jackson, Michigan**
Conducted outpatient and inpatient neuropsychological assessments for a diverse population of children, adults, and elderly individuals diagnosed with a variety of conditions such as primary disorders of attention, autism spectrum disorders, intellectual disabilities, learning disorders,

# Jennifer L. Huffman

Page 2

4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823         work (517) 337-9554  mobile (517) 937-5783

        psychiatric problems, traumatic brain injuries, stroke, brain tumors, and dementia illnesses as a medical staff member.  Testified in probate court related to issues of capacity to make medical decisions and need for guardianship/conservatorship.  Supervised undergraduate and graduate students in administration and interpretation of a variety of neuropsychological measures. Involved in hospital staff and psychology graduate education.

01/03-05/04    **Psychologist, University Center for the Child and Family, Ann Arbor, Michigan**
Performed intellectual assessments for children being considered for placement in an educational program for gifted students.

02/02-12/03    **Associate, Center for Neuropsychology and Learning, Roger E. Lauer, Ph.D. & Associates, Ann Arbor, Michigan**
Conducted neuropsychological assessments for children, adolescents, and adults with learning, attention, and developmental disorders to understand learning style and maximize performance in school and work settings.  Also provided consultation to families and schools regarding appropriate interventions to maximize learning as well as psychotherapy.

10/02-04/03    **Staff Neuropsychologist, Michigan Medicine, Ann Arbor, Michigan**
Performed neuropsychological assessments and provided supervision for a variety of child cases to other trainees.  Specialized in neuropsychological evaluations of children who are cochlear implant candidates as well as conducted collaborative research with the Cochlear Implant Team.

10/01-11/03    **Neuropsychology Assistant, NeuroBehavioral Resources, Ann Arbor, Michigan**
Provided record reviewing and technical assistance to neuropsychologist, Stanley Berent, Ph.D., and neurologist, Jim Albers, M.D., for complex legal cases typically involving exposure to neurotoxic substances.

09/00-10/02    **Post Doctoral Fellow, Michigan Medicine, Ann Arbor, Michigan**
Neuropsychology Division Supervisor:  Linas A. Bieliauskas, Ph.D., ABPP/CN
Primary Supervisor:  Bruno Giordani, Ph.D.
Hours:  4000

        Conducted psychological and neuropsychological assessments for patients across the life span, with a particular emphasis on children.  Assessments were performed primarily in an outpatient psychiatric center, although inpatients were also referred for testing.  Participated in team approach assessment for pervasive developmental delays, Asperger's Disorder, and consideration for cochlear implant.  Also attended case conferences, didactics, seminars, and psychiatry, neurology, and bioethics grand rounds, as well as conducted research.  Audited a graduate course in neuroanatomy.

09/99-08/00    **Psychology Intern, Ann Arbor VA Medical Center, Ann Arbor, Michigan**
Clinical Director:  Kenneth M. Adams, Ph.D., ABPP/CN
Primary Supervisor:  Linas A. Bieliauskas, Ph.D., ABPP/CN
Hours:  2000

        Conducted psychological and neuropsychological assessments, report writing, psychotherapy, case conferences, interdisciplinary rounds presentations, and attending seminars.  Special rotations in geriatric neuropsychology and multidisciplinary pain management involving assessment and treatment of patients suffering from chronic pain.

**Jennifer L. Huffman**                                                                                                       Page 3

4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823        work (517) 337-9554  mobile (517) 937-5783

| | |
|---|---|
| 09/98-05/99 | **Clinic Therapist, Wayne State University, Detroit, Michigan**<br>Supervisors:  Brian Lakey, Ph.D., Annmarie Cano, Ph.D.<br>Hours:  1000 (In combination with Graduate Teaching Assistant—See Teaching Experience)<br><br>Conducted individual therapy with adults from a variety of cultural backgrounds with presenting problems ranging from depression to eating disorders and relationship difficulties. |
| 09/97-08/98 | **Psychology Assistant, Henry Ford Jackson Hospital, Jackson, Michigan**<br>Supervisors:  Jerel E. Del Dotto, Ph.D., ABPP/CN, John L. Fisk, Ph.D., ABPP/CN<br>Hours:  1000<br><br>Conducted psychological and neuropsychological assessments of inpatient and outpatient children, adults, and elderly adults with presenting problems that included primary disorders of attention, cognitive difficulties, learning disorders, dementia, and personality disorders.  Responsible for interviewing, testing, report writing, and providing feedback to clients and/or their families. |
| 09/97-08/98 | **Therapy Practicum, Wayne State University, Detroit, Michigan**<br>Supervisors:  Brian Lakey, Ph.D., Elizabeth DeRooy, Ph.D., R. Douglas Whitman, Ph.D.<br>Hours:  250<br><br>Performed therapy for adults with various presenting problems including depression, marital distress, anxiety, and social skills problems.  Attended didactics on therapeutic techniques and presented case conferences. |
| 09/96-08/97 | **Psychology Assistant, Center for Forensic Psychiatry, Ann Arbor, Michigan**<br>Supervisor:  Judith Thompson, Ph.D.<br>Hours:  1000<br><br>Administered and interpreted psychological tests of inpatients adjudicated *Not Guilty by Reason of Insanity* or *Incompetent to Stand Trial* to aid in treatment planning or decision-making processes.  Also performed testing on the outpatient evaluation unit as needed and assisted with inpatient group therapy.  Observed interviews of outpatients being evaluated for Competency or Criminal Responsibility.  Accompanied psychologists to court when testifying regarding an evaluation.  Attended weekly seminars on various topics related to psychology and law. |
| 09/97-08/96 | **Assessment Practicum, Wayne State University, Detroit, Michigan**<br>Supervisors:  R. Douglas Whitman, Ph.D., Lisa Rapport, Ph.D., Rita Casey, Ph.D.<br>Hours:  250<br><br>Performed psychological assessment for adults and children with a variety of presenting problems including behavioral problems, primary disorders of attention, cognitive difficulties, and learning disorders.  Also performed giftedness assessments.  Attended weekly didactics on assessment techniques. |
| 01/93-12/93 | **Psychology Assistant, Eastern Upper Peninsula Community Mental Health Clinic, Sault Ste. Marie, Michigan**<br>Hours: 150 |

**Jennifer L. Huffman**                                                                                   Page 4

4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823         work (517) 337-9554  mobile (517) 937-5783

|  |  |
|---|---|
|  | Involved in data collection, assessment, planning, and implementation of behavior modification programs for a developmentally disabled population. |
| 01/93-12/93 | **Volunteer, Diane Peppler Domestic Violence Shelter, Sault Ste. Marie, Michigan** <br> Hours:  75 <br><br> Completed training program, Chippewa County, Spring 1993. |

**TEACHING EXPERIENCE**

| | |
|---|---|
| 09/23-present | **Assistant Professor, College of Osteopathic Medicine, Michigan State University, East Lansing, Michigan** <br> • Clinical faculty member responsible for teaching psychiatry residents about the role of neuropsychology in healthcare. |
| 01/04-present | **Lecturer** <br> • Present lectures on a variety of topics including an introduction to neuropsychology to Michigan State University and Henry Ford Jackson psychiatry residents; an all-day training on understanding psychological and neuropsychological evaluations to rehabilitation counselors employed by Michigan Rehabilitation Services; intellectual disability across the lifespan for neuropsychology trainees; tips for running a private practice to neuropsychology trainees; how to negotiate school services after a traumatic brain injury group for the Brain Injury Association of Michigan; discussion regarding cognitive impairment for a local Parkinson's disease support group; capacity evaluations for graduate medical students at Henry Ford Jackson Hospital; a middle childhood development lecture to Michigan State University Medical Students in a Human Behavior/Development course; an ethics lecture for a Michigan State University school psychology graduate students in an Ethics course; a learning disorders lecture for Michigan State University school psychology graduate students in an Introduction to Neuropsychology course; and a learning disorders lecture for Wayne State University clinical psychology graduate students in a Neuropsychological Assessment course.  Conducted grand rounds presentation and subspecialty grand rounds for the Department of Pediatrics at Sparrow Hospital. |
| 11/21 | **Podcast Guest on Navigating Neuropsychology** <br> • Interviewed by John Bellone, Ph.D., ABPP/CN and Ryan Van Patten, Ph.D. on Intellectual Disability https://www.navneuro.com/86/ |
| 11/07-05/12 | **Adjunct Professor, Department of Psychology, Michigan State University, East Lansing, Michigan** <br> • Provided clinical consultation and supervision to graduate students in the Clinical Psychology training program and undergraduate students. |
| 09/03-12/12 | **Practicum Supervisor** <br> • Served as supervisor for undergraduate students and graduate students attending Eastern Michigan University and Michigan State University who conducted neuropsychological assessments and wrote reports. |
| 09/01-04/03 | **Supervisor, Michigan Medicine, Ann Arbor, Michigan** |

**Jennifer L. Huffman**   Page 5
_____
4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823     work (517) 337-9554  mobile (517) 937-5783

- Supervised interns and practicum students in neuropsychological assessment procedures and report writing skills.

05/99-08/99    **Adjunct Assistant Professor, Jackson Community College, Jackson, Michigan**
- Abnormal Psychology (Psychology 251)

09/98-09/99    **Graduate Teaching Assistant, Wayne State University, Detroit, Michigan**
- Psychological Assessment I (Psychology 7200) Laboratory: Clinical Psychology doctoral training program.  Topics covered included Clinical Interviews, WAIS-III, WISC-III.
- Psychological Assessment II (Psychology 7210) Laboratory: Clinical Psychology doctoral training program.  Topics covered included DSM-IV, MMPI-2, Rorschach, and TAT.

05/97-08/97    **Teaching Assistant, Wayne State University, Detroit, Michigan**
- Human Sexuality (Psychology 3380)

05/96-08/97    **Teaching Assistant, Wayne State University, Detroit, Michigan**
- Introductory Psychology (Psychology 1010), 2 sections

09/92-05/94    **Teaching Assistant, Lake Superior State University, Sault Ste. Marie, Michigan**
- Introductory Psychology (Psychology 101): Supplemental instructor, 2 sections
- Learning and Motivation (Psychology 311): Supplemental instructor

09/91-05/94    **Tutor, Lake Superior State University, Sault Ste. Marie, Michigan**
- Psychology and mathematics courses

**VOLUNTEER EXPERIENCE**

03/23-present    **Inter-Organizational Practice Committee (IOPC) 360 Degree Advocacy Task Force on Test Security and Third-Party Observation (TPO) Member**

04/03-present    **Provide training opportunities to local students or professionals**

**RESEARCH EXPERIENCE**

08/04-09/04    **Neuropsychology Consultant for Grant #: 61-5944, East Lansing, Michigan**
Served as a consultant on research project examining the human health effects of PCB exposure from contaminated fish among adolescent Asian-Americans in the Fox River Basin.  Provided consultation services regarding selection of neuropsychological tests along with their administration and interpretation.

10/02-04/03    **Staff Neuropsychologist, Michigan Medicine, Ann Arbor, Michigan**
Continued research developed as a post doctoral fellow examining attention skills in hearing-impaired children.  Evaluated progress in children with pervasive developmental delays and hearing impairment pre- and post-cochlear implant.

09/00-10/02    **Post Doctoral Fellow, Michigan Medicine, Ann Arbor, Michigan**
Supervisor:  Bruno Giordani, Ph.D.
Hours: 4000 (See Clinical Experience)

Involved in research examining the neuropsychological effects of gabapentin use for children with benign childhood epilepsy.  Conducted a study to examine sleep-disordered breathing and

**Jennifer L. Huffman**  Page 6
_____
4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823         work (517) 337-9554  mobile (517) 937-5783

            school performance among African-American and non-African-American children.  Involved in research examining neuropsychological test results among children who underwent adenotonsillectomy to treat sleep-disordered breathing.  Examined attention skills in hearing-impaired children.  Evaluated progress in children with pervasive developmental delays and hearing impairment pre- and post-cochlear implant.

01/98-08/00    **Dissertation, Wayne State University, Detroit, Michigan**
Defended, August 2000
Advisor:  Mark A. Lumley, Ph.D.

Examined psychological predictors of adherence and the relationship between treatment adherence and outcome among migraine headache patients.  Developed a standardized intake procedure for headache patients presenting to the neurology outpatient department at Henry Ford Hospital, Detroit, Michigan.

09/95-03/97    **Master's Thesis, Wayne State University, Detroit, Michigan**
Defended, March 1997
Advisor:  Mark A. Lumley, Ph.D.

Conducted a follow-up study on psychological predictors of cardiac events at Henry Ford Hospital, Detroit, Michigan.

01/95-12/95    **Research Assistant, Wayne State University, Detroit, Michigan**
Advisor:  Mark A. Lumley, Ph.D.

Examined psychological factors of low to intermediate risk patients who presented to Detroit Receiving Hospital's emergency room with chest pain.

09/93-05/94    **Senior Research Project, Lake Superior State University, Sault Ste. Marie, Michigan**
Major Professor:  Timothy J. Sawyer, Ph.D.

Conducted an independent research project examining massed and spaced practice effects as a function of imagery level and background frequency.

**PRESENTATIONS**

            Huffman, J. L., Lee, H. J., Axelrod, B. N. (October, 2016).  Predicting Wide Range Achievement Test Word Reading Score from Hopkins Adult Reading Test Scores.  Poster presented at the 36th Annual Conference of the National Academy of Neuropsychology, Seattle, WA.

            Huffman, J. L., Lee, H. J., Axelrod, B. N. (June, 2016).  The Utility of the Hopkins Adult Reading Test in Premorbid Function Estimation:  Comparison with the Wide Range Achievement Test.  Poster presented at the 14th Annual Conference of the American Academy of Clinical Neuropsychology, Chicago, IL.

            Freymuth, A., Giordani, B., Huffman, J. L., Laughrin, D., Sharma, U., Trudeau, V., Garofalo, E. A.  (October, 2002).  Neuropsychological performance associated with Gabapentin in children with benign epilepsy with centrotemporal spikes (BECTS).  Poster presented at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, FL.

**Jennifer L. Huffman**                                                                                             Page 7
_____
4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823          work (517) 337-9554  mobile (517) 937-5783

Huffman, J. L., Giordani, B., Layne, J. R., Ruzicka, D., Marriott, D. J., Weatherly, R. A., Dillon, J. E., and Chervin, R. D.  (June, 2002).  Academic achievement and attention in children scheduled for adenotonsillectomy in comparison to controls.  Poster presented at the Associated Professional Sleep Societies Sixteenth Annual Meeting, Seattle, WA.  Abstract published in Sleep, 25, A197-A198.

Chervin, R. D., Giordani, B., Ruzicka, D. L., Marriott, D. J., Weatherly, R. A., Marcus, C. L., Dillon, J. E., Huffman, J. L., Layne, J. R.  (June, 2002).  Polysomnographic findings and behavior in children scheduled for adenotonsillectomy or hernia repair.  Poster presented at the Associated Professional Sleep Societies Sixteenth Annual Meeting, Seattle, WA.  Abstract published in Sleep, 25, A431.

Clarke, D. F., Huffman, J. L., Szymanski, E., Ruzicka, D., Miller, V., Nettles, A., Sowers, M.F., Giordani, B., and Chervin, R. D.  (June, 2002).  School performance, race, and symptoms of sleep-disordered breathing.  Poster presented at the Associated Professional Sleep Societies Sixteenth Annual Meeting, Seattle, WA.  Abstract published in Sleep, 25, A83-A84.

Huffman, J. L., Ketterer, M. W., Lumley, M. A., Aurora, S., Rapport, L. J., & Norris, L. (June, 2001).  The relationship of headache attributions, medication adherence, and outcome among migraine headache patients.  Poster presented at the Tenth Congress of the International Headache Society, New York, NY.

Huffman, J. L., Ketterer, M. W., Lumley, M. A., Aurora, S., Rapport, L. J., & Norris, L. (March, 2001).  The relationship between self versus other reports of psychological distress and head pain among migraine headache patients.  Citation poster presented at the Fifty-Ninth Annual Scientific Meeting of the American Psychosomatic Society, Monterey, CA.  Abstract published in Psychosomatic Medicine, 63, 91.

Huffman, J. L., Lumley, M. A., Aurora, S., Rapport, L. J., Norris, L., & Ketterer, M. W. (March, 2000).  The relationship of psychological factors, treatment adherence, and outcome among migraine headache patients.  Poster presented at the Fifty-Eighth Annual Scientific Meeting of the American Psychosomatic Society, Savannah, GA.  Abstract published in Psychosomatic Medicine, 62, 120.

Ketterer, M., Huffman, J., Lumley, M., Wassef, S., Kraft, P., Lovallo, W., & Goldberg, A.  (March, 1997).  Aggressively eschewing obfuscation:  Does "denial" kill the cardiac patient?  Poster presented at the Fifty-Fifth Annual Scientific Meeting of the American Psychosomatic Society, Santa Fe, NM.  Abstract published in Psychosomatic Medicine, 59, 91.

Huffman, J. L. & Sawyer, T. J.  (May, 1995).  Spacing effects as a function of word imagery and background frequency.  Poster presented at the Sixty-Seventh Annual Meeting of the Midwestern Psychological Association, Chicago, IL.

**PUBLICATIONS**

Huffman, J. L. (2020).  Intellectual disability.  In K. Stucky, M. W. Kirkwood, & J. Donders (Eds.), Clinical neuropsychology study guide and board review, second edition (pp. 231-242).  New York, NY:  Oxford University Press.

**Jennifer L. Huffman**                                                Page 8

_____
4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823         work (517) 337-9554  mobile (517) 937-5783

Huffman, J. L. (2013).  Intellectual disability.  In K. Stucky, M. W. Kirkwood, & J. Donders (Eds.), Clinical neuropsychology study guide and board review (pp. 174-183).  New York, NY:  Oxford University Press.

Giordani, B., Caveney, A. F., Laughrin, D., Huffman, J. L., Berent, S., Sharma, U., Giles, J., Garofalo, E. A.  (2006).  Cognitive and behavioral features of children with benign epilepsy with centrotemporal spikes (BECTS).  Epilepsy Research, 70, 89-94.

Lumley, M. A., Radcliffe, A. M., Macklem, D., Mosley-Williams, A., Leissen, J. C., Huffman, J., D'Souza, P., Gillis, M., Meyer, T., Kraft, C., Rapport, L.  (2005).  Alexithymia and pain in three chronic pain samples:  Comparing Caucasians and African Americans.  Pain Medicine, 6, 251-261.

Lumley, M. A., Huffman, J. L., Rapport, L. J., Aurora, S. K., Norris, L., & Ketterer, M. W.  (2005).  Do others really know us better?  Predicting migraine activity from self- and other-ratings of negative affect.  Journal of Psychosomatic Research, 58, 253-258.

Chervin, R. D Clarke, D. F., Huffman, J. L., Szymanski, E., Ruzicka, D., Miller, V., Nettles, A., Sowers, M.F., and Giordani, B.  (2003).  School performance, race and other correlates of sleep-disordered breathing.  Sleep Medicine, 4, 21-27.

Ketterer, M. W., Huffman, J., Lumley, M. A., Wassef, S., Gray, L., Kenyon, L., Kraft, P., Brymer, J., Rhoads, K., Lovallo, W. R., & Goldberg, A. D.  (1998).  Five year follow-up for adverse outcomes in males with at least minimally positive angiograms:  Importance of "denial" in assessing psychosocial risk factors.  Journal of Psychosomatic Research, 44, 241-250.

**REVIEWS**
2016        Book Proposal Review for Oxford University Press.
2001        Book Review for Swets and Zeitlinger Publishers.
2008        Ad Hoc Reviewer for Aging, Neuropsychology and Cognition.

**RECENT TRAINING OPPORTUNITIES**
2023        **Meeting of the American Academy of Clinical Neuropsychology**

2023        **Disentangling Childhood Trauma & ASD:  Differential & Comorbid Presentations**
            Kara Brooklier, Ph.D. & Heather Hennrick, Ph.D.

2023        **Assessing Development & Behavior in ASD Evaluations**
            Kara Brooklier, Ph.D. & Crystal Young, Ph.D.

2023        **Research-Supported Practices for the Assessment and Treatment of Child Psychological Trauma**
            Douglas Barnett, Ph.D.

2023        **Emerging Psychological Treatments for Chronic Pain**
            Mark Lumley, Ph.D.

2022        **The Role of Violence Risk Assessment in Fitness for Duty Evaluations**
            Sanjay Shah, J.D., Ph.D.

**Jennifer L. Huffman**  Page 9
_____
4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823          work (517) 337-9554  mobile (517) 937-5783

| | |
|---|---|
| 2022 | **A Strengths-Based Approach to Assessing and Writing About Distressed and Distressing Children**<br>Stephanie Nelson, Ph.D. |
| 2022 | **TBI:  A Clinical Perspective**<br>Kishore Ranade, M.D. |
| 2022 | **The Utility of the M-FAST in the Assessment of Malingering in Forensic Settings and Emergency Departments**<br>Holly Miller, Ph.D. |
| 2022 | **Making Reports and Feedback Sessions Helpful**<br>Ramzi Hasson, Ph.D. & Crystal Young, Ph.D. |
| 2022 | **Don't Let the "TR" Fool You:  The DSM-5-TR is Far More Than a Text Revision**<br>Greg Neimeyer, Ph.D. |
| 2022 | **Military Cultural Competence:  Providing Effective Assessment and Treatment**<br>Carrie Kennedy, Ph.D. |
| 2022 | **Advanced Interpretation of the PAI:  Distorted Profile Interpretation**<br>Leslie Morey, Ph.D. |
| 2022 | **Developmental Pathways to Conduct Disorder:  Implications of the DSM-5 Specifier "with Limited Prosocial Emotions"**<br>Paul Frick, Ph.D. |
| 2022 | **ASD Evaluation Best Practice Guidelines:  Updates and Implementation**<br>Crystal Young, Ph.D. & Kara Brooklier, Ph.D. |
| 2022 | **Meeting of the American Academy of Clinical Neuropsychology** |
| 2022 | **ASD Differential Diagnosis:  Language, Learning & Behavior**<br>Kara Brooklier, Ph.D. & Christy Schweitzer, M.A., CCC-SLP |
| 2022 | **Understanding Implicit Bias in the Mental Health Professions**<br>Charmeka Newton, Ph.D. & Janeé Steele, Ph.D. |
| 2022 | **Diagnosing Antisocial Personality Disorder:  The Important (but Sometimes Overlooked) Roles of Persistence, Pervasiveness, & Psychopathy**<br>Tatiana Matlasz, Ph.D. |
| 2022 | **The Paradoxical Brain**<br>Narinder Kapur, Ph.D. |
| 2022 | **An Empirical Perspective on Forensic Telepractice:  How Far Have We Come and What's Next?**<br>Ashley Batastini, Ph.D. |

Case 4:17-cv-11218-LVP-CI   ECF No. 304-2, PageID.9352   Filed 10/21/24   Page 11 of 17

**Jennifer L. Huffman**                                                                                                                     Page 10
_____
4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823              work (517) 337-9554  mobile (517) 937-5783

| | |
|---|---|
| 2022 | **Get Off My Lawn—I Don't Want to Learn a New Way to Write Forensic Reports**<br>Terry Kukor, Ph.D. |
| 2022 | **The KnowNeuropsychology Didactic Series Volume V:  Weekly Didactic Series** |
| 2022 | **Current Conceptualization and Assessment of Somatoform Disorder**<br>Kyle Boone, Ph.D. |
| 2022 | **The Employer's Perspective of the "Disruptive Professional"**<br>Michael Heitt, Psy.D. |
| 2021 | **Addiction 101:  The Who, What, Why and How of Addiction and its Treatment**<br>Matthew Goldenberg, D.O. |
| 2021 | **Assessing Memory in Private Practice**<br>Patrick Moran, Ph.D. |
| 2021 | **The Reliability of Children's Statements**<br>Maggie Bruck, Ph.D. |
| 2021 | **Update on Diagnostic Methods Across the Aging-Mild Cognitive Impairment-Alzheimer's Disease Continuum**<br>Mark Bondi, Ph.D. |
| 2021 | **High Risk Medications and Polypharmacy for Non-Prescribers:  Problematic Medication Use in Older Adults**<br>Alexander Sasha Rackman, M.D. |
| 2021 | **MMPI-3 Online Learning Modules**<br>Yossef Ben-Porath, Ph.D. |
| 2021 | **Cannabis Use and Misuse Among Older Adults:  Emerging Trends and Implications for Healthy Aging**<br>Frederic Blow, Ph.D. |
| 2021 | **The KnowNeuropsychology Didactic Series Volume IV:  Weekly Didactic Series** |
| 2021 | **Supporting Patient and Employee Brain Health:  Top 10 Evidence-Based Strategies**<br>Karen Sullivan, Ph.D. |
| 2021 | **Advances in TBI:  Emerging Role of Imaging and Blood Biomarkers**<br>Michael McCrea, Ph.D. & Laura Blackwell, Ph.D. |
| 2021 | **Understanding Girls with ASD**<br>Erin Barkow, Ph.D. |
| 2021 | **Assessing Appropriateness and Adequacy of Addiction Treatment**<br>Brian Hurley, M.D. |

**Jennifer L. Huffman**                                                                                              Page 11
_____
4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823          work (517) 337-9554  mobile (517) 937-5783

| | |
|---|---|
| 2021 | **Advanced MMPI-A-RF Interpretation**<br>Robert Archer, Ph.D. |
| 2021 | **Autism Spectrum Disorder and Common Comorbidities**<br>Kara Brooklier, Ph.D. & Crystal Young, Ph.D. |
| 2021 | **Making ASD Reports & Feedback Sessions Helpful**<br>Ramzi Hasson, Ph.D. & Crystal Young, Ph.D. |
| 2021 | **MMPI-A-RF Overview**<br>Richard Handel, Ph.D. |
| 2021 | **The KnowNeuropsychology Didactic Series Volume III:  Weekly Didactic Series** |
| 2021 | **ASD Differential Diagnosis in Young Children**<br>Kara Brooklier, Ph.D. & Dana Cohen, Ph.D. |
| 2021 | **Coronavirus:  Its Spike and Tail:  A Discussion of the Acute and Long Term Phases of the Illness**<br>Justin Porto, D.O. |
| 2021 | **Beyond ABA for ASD:  Treatments that Work**<br>Lori Warner, Ph.D. |
| 2021 | **Use of the MMPI-3 in Forensic Settings**<br>Martin Sellbom, Ph.D. |
| 2021 | **Is it ASD, Trauma, or Both?**<br>Kara Brooklier, Ph.D., & Sarah Witherell, Ph.D. |
| 2021 | **Beyond Burnout: A Systematic Big Data Approach to Measuring and Addressing Wellness in Health Professionals**<br>Dan Shapiro, Ph.D. |
| 2021 | **Racial/Ethnic Differences in IQ Test Scores:  The Case for Environmental and Social Justice**<br>Lawrence Weiss, Ph.D. |
| 2021 | **COVID and the Brain:  What We Know from the Early Research**<br>Kristin Fiano, Ph.D. |
| 2021 | **The Psychological Impact of COVID-19 & Living Through a Pandemic**<br>Alex Rodrigues, Psy.D. |
| 2021 | **MHS ADHD Virtual Summit:  From Research to Action** |
| 2021 | **Law and Mental Health:  Weekly Series Through The New Mexico Counseling and Therapy Practice Board** |

**Jennifer L. Huffman**                                                                                              Page 12
_____
4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823          work (517) 337-9554  mobile (517) 937-5783

| | |
|---|---|
| 2021 | **Global Impact of COVID-19:  The Socioeconomic Impact**<br>James Goodyear, M.D. |
| 2020 | **Living with HIV:  Challenges and Successes in the Workplace**<br>Julie Rippeth, Ph.D. |
| 2020 | **Cannabis and Neuropsychological Functioning Description:  Cannabis and Neuropsychological Functioning:  An Update on Adverse Effects in Adolescence and Beyond**<br>Raul Gonzalez, Ph.D. & Derin Cobia, Ph.D. |
| 2020 | **How to Assess and Manage the Invisible Disability:  The Etiology of Chronic Pain and Mental Illness**<br>Katie Connell, Ph.D. & Bradley Helms, M.D. |
| 2020 | **PTSD:  Best Practices in Assessment and Identification of Trauma Responses**<br>Kiri Faul, Ph.D. |
| 2020 | **The KnowNeuropsychology Didactic Series Volume II:  Weekly Didactic Series** |
| 2020 | **Addiction 101:  The Who, What, Why and How of Addiction and Its Treatment**<br>Matthew Goldenberg, D.O. |
| 2020 | **Law and Mental Health:  Weekly Series Through The New Mexico Counseling and Therapy Practice Board** |
| 2020 | **The Aging Workforce:  Distinguishing Between Normal and Abnormal Signs in the Workplace**<br>Jonathan DeRight, Ph.D. |
| 2020 | **Risk Management Considerations for Safely Reopening Neuropsychology Practice in the Era of COVID-19**<br>Margaret Lanca, Ph.D. & Daniel Taube, J.D., Ph.D. |
| 2020 | **How to Keep Executive Function Functioning to Maximize Learning During a Pandemic:  Strategies for Supporting Teachers, Parents and Students**<br>Jack Naglieri, Ph.D. & Kathkeen Kryza, M.A. |
| 2020 | **The Why and How of Performance Validity Testing in Children & Adolescents:  The Pediatric Performance Validity Test Suite**<br>Cecil Reynolds, Ph.D. |
| 2020 | **Appropriate Use of an Interpreter During Bilingual Assessments**<br>Alexander Quiros, Ph.D. |
| 2020 | **The Power of Resilience in Difficult Times:  Guidelines for Pediatric Mental Health Professionals**<br>Sam Goldstein, Ph.D. |

**Jennifer L. Huffman** <span style="float:right">Page 13</span>
_____
4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823            work (517) 337-9554  mobile (517) 937-5783

| | |
|---|---|
| 2020 | **The Working Parent's Guide to Balancing Work, Family, and Household Responsibilities in Times of Change**<br>Amy Patunaude, Ed.S. |
| 2020 | **Risk Management for Teleneuropsychology**<br>Munro Cullum, Ph.D., Russell Bauer, Ph.D., Karen Postal, Ph.D., & Daniel Taube, J.D., Ph.D. |
| 2020 | **A Primer on Responding to Concerns about Violence in the Workplace**<br>Laura Guy, Ph.D. |
| 2020 | **Offering Parent Coaching Through Telehealth**<br>Anna Dvortcsak, M.S., CCC-SLP & Brooke Ingersoll, PhD, BCBA-D |
| 2020 | **Teleneuropsychology (TeleNP) in Response to COVID-19**<br>Rene Stolwyk, Ph.D., Dustin Hammers, Ph.D., Lana Harder, Ph.D., & Munro Cullum, Ph.D. |
| 2020 | **Mild Traumatic Brain Injury:  Symptoms, Prognosis, and Treatment Recommendations**<br>Lauren Drag, Ph.D. |
| 2020 | **Reefer Madness:  The Impact of Legalized Marijuana on the Public Safety Hiring Process**<br>Cerise Vablais, Ph.D. |
| 2019 | **Brain Injury and Work Tasks:  Understanding Employees with TBIs at Work**<br>John Wright, Ph.D. |
| 2019 | **Cultural Issues to Consider in Fitness for Duty Evaluations and Independent Medical Evaluations**<br>Michelle Guyton, Ph.D |
| 2019 | **Update on Diagnostic Methods Across the Aging-Mild Cognitive Impairment-Alzheimer Disease Continuum**<br>Mark Biondi, Ph.D. |
| 2019 | **Opioid Town Hall**<br>Michigan State Medical Society |

**PROFESSIONAL AFFILIATIONS**
- American Psychological Association
- Michigan Psychological Association
- American Academy of Clinical Neuropsychology
- International Neuropsychological Society
- Jackson County Medical Society

**HONORS AND AWARDS**
- International Headache Society Travel Award  **2001**
- President's Exceptional Service Award, Wayne State University  **2000**
- The Blue Cross and Blue Shield of Michigan Foundation Student Award Program  **1999**
- Michigan Psychological Association Doctoral Dissertation Research Grant  **1998**

**Jennifer L. Huffman**                                                                                          Page 14
_____
4572 Hagadorn Road, Suite 2G, East Lansing, Michigan  48823          work (517) 337-9554  mobile (517) 937-5783

- Graduate-Professional Scholarship  **1995-2000**
- Thomas C. Rumble Fellowship  **1995-1996, 1997-1998**
- Lake Superior State University Faculty Association Junior Academic Achievement Scholarship  **1992-1993**
- Fletcher Distinguished Scholarship  **1990-1994**
- The Metalloy Corporation Scholarship  **1990-1994**
- Hudson Education Association Scholarship  **1990**
- Outstanding Psychology Senior Award  **1994**
- GNOSIS Honor Society  **1992-1994**
- Alpha Chi National College Honor Scholarship Society  **1992-1994**
- Alpha Lambda Freshman Honor Society  **1990-1994**

**RESEARCH INTERESTS**
   Neuropsychology, health psychology, somatic disorders, and forensic psychology

**REFERENCES**
   Available upon request

Jennifer L. Huffman, Ph.D.
Previous 4 years of Deposition and Trial Testimony

*2020* **None**

*2021* **None**

*2022*

| Date | Case | Activity | Attorney | Hired by Side |
|---|---|---|---|---|
| 05/25/22 | Mason Seitllari, a minor v St. Mary Mercy Hospital - Livonia/Trinity Health et al. | Videoconference Deposition | Emily Thomas | Defense |
| 07/19/22 | Simpkins et al. v American R.V. Sales & Service and Thor Motor Co. | Videoconference Deposition | Donald Dawson, Jr. | Defense |

*2023*

| Date | Case | Activity | Attorney | Hired by Side |
|---|---|---|---|---|
| 01/19/23 | Simpkins et al. v American R.V. Sales & Service and Thor Motor Co. Cont. | Videoconference Deposition | Donald Dawson, Jr. | Defense |

*2024* **None**

# HUFFMAN PSYCHOLOGY, PLLC

Jennifer L. Huffman, Ph.D., ABPP-CN and Associates
Clinical Psychology and Neuropsychology Services

## FEE SCHEDULE FOR SERVICES

**Service**      **Fee**

Neuropsychological Evaluation      $575/hour

*Per hour or portion of an hour*
$5750 retainer is required prior to scheduling the appointment and reserves one day of testing. If payment is not received at least 3 weeks prior to the scheduled appointment, the appointment will be cancelled. No shows, cancellations, or rescheduling will result in a fee (each time they occur) of $2870 with less than one week notice and $1725 with one to two weeks notice.

Medical Record Review/Preparation/ Conferences/Letter Preparation
$575/hour

*Per hour or portion of an hour*
Non-refundable advance payment required *prior* to commencement of record review or appointments and are non-refundable should the appointments be cancelled or rescheduled with less than one week notice.

Deposition      $1725 plus $575/hour after 3 hours

*Per hour or portion of an hour*
Minimum fees due *prior* to scheduling depositions (portal-to-portal) and are non-refundable should the appointments be cancelled or rescheduled with less than a week notice.
Any time above and beyond the prescheduled deposition time slot will be billed at $1150 per hour or portion of an hour.

Court Appearance      $2300 plus $575/hour after 4 hours

*Per hour or portion of an hour*
Minimum fees due *prior* to scheduling depositions and court appearances (portal-to-portal) and are non-refundable should the appointments be cancelled or rescheduled with less than a week notice.
Any time above and beyond the prescheduled court appearance time slot will be billed at $1150 per hour or portion of an hour.

A $5750 non-refundable retainer fee as well as a letter guaranteeing payment of all services by the law firm is required prior to initiation of records review and evaluation (if requested). The fee is made payable to Huffman Psychology, PLLC and sent to the address below. Services will be billed against the retainer, and a new retainer invoice will be submitted once the service fee extends beyond the retainer fee. Charges related to testimony when travel is required are to be paid prior to travel.

While retainer fees may be paid directly by an insurance company, responsibility of fulfillment of payment lies with the law firm. Any needed W-9 forms will be sent in response to receiving payment.

**Accounts payable to:** Huffman Psychology, PLLC

**Tax Identification Number:** 05-0591612

Effective Date: 09/01/2022

*Fees are subject to change

4572 South Hagadorn, Suite 2G      ❖      East Lansing, Michigan 48823
Tel. 517.337.9554      info@hpsych.com
Fax: 517.337.9545      www.hpsych.com