# List of Exhibits

Exhibit 1 – Russell Report

Exhibit 2 – Russell Supplemental Report

Exhibit 3 – McLoyd CV

Exhibit 4 – McLoyd Report

Exhibit 5 – McLoyd Deposition Excerpts

Exhibit 6 – Huffman Deposition Excerpts

Exhibit 7 – McLoyd Supplemental Report