UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* FTCA Flint Water Cases

_____/

Civil No. 4:17-cv-11218
(Consolidated)

Linda V. Parker
United States District Judge

**NOTICE OF WITHDRAWAL OF ATTORNEY MARIANNE F. KIES**

Please withdraw the appearance of Marianne F. Kies as counsel of record for the Defendant, the United States of America. The undersigned will be moving to a different Branch of the United States Department of Justice. Other Trial Attorneys from the United States Department of Justice, including Jason Cohen, Eric Rey, Daniel Eagles, Timothy Walthall, Heidy Gonzalez, Jewel Lightfoot, and Michelle T. Domingue, II, will continue to serve as counsel of record for the United States.

Dated: November 25, 2024

Respectfully submitted,

*/s/ Marianne F. Kies*
Marianne F. Kies
Jason T. Cohen
Eric Rey
Daniel C. Eagles
Timothy B. Walthall
Heidy Gonzalez
Jewel M. Lightfoot IV
Michelle T. Domingue, II
Trial Attorneys
United States Department of Justice

1

Civil Division, Torts Branch
Environmental Torts Litigation Section
1100 L Street NW
Washington, DC 20005
E-mail: marianne.f.kies@usdoj.gov
Phone: 202-353-1819
*Counsel for the United States of America*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, a copy of the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*/s/ Marianne F. Kies*
Marianne F. Kies