UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* FTCA Flint Water Cases

Civil No. 4:17-cv-11218
(Consolidated)

Linda V. Parker
United States District Judge

_____/

**ORDER WITHDRAWING ATTORNEY MARIANNE F. KIES AS COUNSEL OF RECORD**

The Court has received a Notice of Withdrawal of Attorney Marianne F. Kies. The appearance of Marianne F. Kies from the United States Department of Justice as counsel of record for the Defendant, the United States of America, is hereby withdrawn. Other Trial Attorneys from the United States Department of Justice, including Jason Cohen, Eric Rey, Daniel Eagles, Timothy Walthall, Heidy Gonzalez, Jewel Lightfoot, and Michelle T. Domingue, II, will continue to serve as counsel of record for the United States.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 25, 2024

Respectfully submitted,

/s/ Marianne F. Kies
Marianne F. Kies
Jason T. Cohen
Eric Rey
Daniel C. Eagles
Timothy B. Walthall
Heidy Gonzalez
Jewel M. Lightfoot IV
Michelle T. Domingue, II
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation Section
1100 L Street NW
Washington, DC 20005
E-mail: marianne.f.kies@usdoj.gov
Phone: 202-353-1819
*Counsel for the United States of America*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, a copy of the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*/s/ Marianne F. Kies*
Marianne F. Kies
