UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FTCA Flint Water Cases | Civil No. 4:17-cv-11218 (Consolidated) |
| This Order Relates to:<br>ALL CASES<br>_____/ | Linda V. Parker<br>United States District Judge |

## STIPULATED ORDER TO EXTEND BRIEFING DEADLINES

The parties, by and through counsel, jointly agree and stipulate to extend the deadline to file Oppositions and Replies related to the following Motions:

1) Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 291).

2) Defendant's Motion for Summary Judgment (ECF No. 297)

3) Defendant's Motion to Exclude Expert Testimony of Zak Rostar, Anthony Legins, Jamal Saad, and John Meyers (ECF No. 300)

It is stipulated that Plaintiffs' Opposition to Motion Nos. 291, 297, and 300 shall be due on or before January 30, 2025. It is further stipulated that Defendant's Replies shall be due 60 days from the date Plaintiff's Opposition is filed for each Motion. The parties met and conferred and agreed that the requested extension is appropriate.

Accordingly, the Court finding good cause for the proposed extension, it is hereby ordered that the deadline to file 291, 297, and 300 shall be due on or before January 30,

2025. Replies shall be filed within 60 days from when the Oppositions are filed.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 17, 2024

Dated: December 16, 2024

          Respectfully submitted,

          *FTCA Plaintiffs Liaison Counsel:*

          <u>*/s/ Patrick J. Lanciotti*</u>
          Hunter Shkolnik
          Patrick Lanciotti
          Paul J. Napoli
          Napoli Shkolnik PLLC
          360 Lexington Avenue, 11th Floor
          New York, NY, 10017
          Tel: (212) 397-1000
          planciotti@napolilaw.com
          pnapoli@napolilaw.com

          Cary S. McGehee (P42318)
          Beth M. Rivers P33614
          Pitt McGehee Palmer Bonanni & Rivers PC
          117 W. Fourth Street, Ste. 200
          Royal Oak, MI 48067
          Tel: (248) 398-9800
          cmcgehee@pittlawpc.com

          *Counsel for United States:*

          <u>*permission provided by Jason T. Cohen*</u>
          Jason T. Cohen (CA Bar #214438)
          Heidy L. Gonzalez (FL Bar #1025003)
          Timothy B. Walthall (MA Bar #515460)
          Eric Rey (DC Bar #988615)
          Daniel C. Eagles (DC Bar #1035048)
          Trial Attorneys
          United States Department of Justice
          Civil Division, Torts Branch
          Environmental Tort Litigation
          1100 L Street, N.W.
          Washington, DC 20005

                                      E-mail: Jason.T.Cohen@usdoj.gov
                                      Phone: 202-514-0335
                                      Fax: 202-616-4473