UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re FTCA Flint Water Cases

Case No. 17-cv-11218

This Order Relates to:
ALL CASES

HON. LINDA V. PARKER

_____/

### ORDER STRIKING MOTION (ECF No. 328)

On January 29, 2025, Plaintiffs filed a motion for extension of time to file response. [ECF No. 328]. The motion does not conform with Judge Parker's motion requirement:

**CONCURRENCE**

The Court requires adherence to Eastern District of Michigan Local Rule 7.1(a), which requires moving parties to seek concurrence before filing a motion. The Court requires that a good-faith effort be made to obtain concurrence, which normally involves <u>actual contact</u> with opposing counsel and <u>conveyance of the specific issues</u> the party intends to raise in the motion. **It is not sufficient simply to inform opposing counsel that you intend to file, for example, a motion to dismiss**. The purpose of this process is to, at a minimum, narrow the issues raised in any subsequently filed motion. If no actual conversation occurs, the moving party must show that reasonable efforts were undertaken to conduct a conference and specifically describe those efforts in the motion papers. The outcome of the conference must be stated. All of this must be documented specifically in the motion papers.

Accordingly, Plaintiffs' motion is **STRICKEN** from the record. Plaintiffs may re-file the motion within three (3) days in strict compliance with Judge Parker's requirement.

    **IT IS SO ORDERED.**

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
UNITED STATES DISTRICT JUDGE

Dated: January 30, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 30, 2025, by electronic and/or U.S. First Class mail.

s/ A. Flanigan<br>
Case Manager