# **<u>Exhibit 2</u>**

**Lightfoot, Jewel M (CIV)**

| | |
|---|---|
| From: | Cary McGehee <cmcgehee@pittlawpc.com> |
| Sent: | Sunday, February 16, 2025 4:04 PM |
| To: | Lightfoot, Jewel M (CIV); Patrick Lanciotti; Paul Napoli; Julie Hurwitz; deborah labelle |
| Cc: | Corsentino Burtch, Katlyn C (CIV); Domingue II, Michelle T (CIV); Eagles, Daniel C. (CIV); Gonzalez, Heidy (CIV); Rey, Eric A. (CIV); Cohen, Jason T. (CIV); Michael.L.Williams@usdoj.gov; Walthall, Timothy (CIV); Glynn, J.Patrick (CIV); Falk, Christina (CIV) |
| Subject: | [EXTERNAL] RE: Response to motion to compel meeting |

USA Counsel,

In addition to our dispute with the position taken by the DOJ during the meet and confer, the relief that plaintiffs requested included being able to depose Dr. Goodman in the areas that we were prevented from exploring during her deposition. Therefore, we request that you file a response to our motion.



Peace,

Cary S. McGehee (pronouns: she/her/hers)
Founding Partner

**PITT · MCGEHEE**

**PALMER · BONANNI · RIVERS**

117 W. Fourth Street, Ste. 200
Royal Oak, Michigan, 48067
(248)398-9800- Office

(248) 268-7996 (fax)
cmcgehee@pittlawpc.com



" *The arc of the moral universe is long, but bends towards justice*"

Dr. Martin Luther King, Jr.

This e-mail contains information from the law firm of Pitt McGehee Palmer Bonanni & Rivers P.C. that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (248)398-9800.