# **Exhibit 3**

Page 1

1  UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF MICHIGAN
3  SOUTHERN DIVISION
4  _____
5  IN RE FTCA Flint Water Cases
6  Civil Action No.
   4:17-cv-11218
7  (consolidated)
8  Hon. Linda V. Parker
9  _____
10
11  The Video Recorded Remote Deposition of
12  JULIE E. GOODMAN, Ph.D.
13  Taken Via Golkow/Veritext Remote
14  Commencing at 10:00 a.m.
15  Wednesday, September 18, 2024
16  Before Robin D. Gadwa, CSR 2607, RPR, FPR, FAPR
17
18
19  Court reporter, attorneys & witness appearing remotely.
20
21
22
23
24
25

```
 1   APPEARANCES:
 2   MR. PATRICK HAINES
 3   Napoli Shkolnik PLLC
 4   360 Lexington Avenue, 11th Floor
 5   New York, New York 10017
 6   (212) 397-1000
 7   planciotti@napolilaw.com
 8          Appearing on behalf of the Plaintiffs.
 9   MS. CARY S. MCGEHEE
10   Pitt McGehee Palmer & Rivers, PC
11   117 W. Fourth Street, Suite 200
12   Royal Oak, Michigan 48067
13   (248) 398-9800
14   cmcgehee@pittlawpc.com
15       Appearing on behalf of the Plaintiffs.
16   MS. DEBORAH LABELLE
17   Law Offices of Deborah A. Labelle
18   221 North Main Street, Suite 300
19   Ann Arbor, Michigan 48104
20   (734) 996-5620
21   deblabelle@aol.com
22          Appearing on behalf of the Plaintiffs.
23
24
25
```

Page 3

1 APPEARANCES CONTINUED:
2 MR. TIMOTHY B. WALTHALL
3 Trial Attorneys, Environmental Torts
4 U.S. Department of Justice
5 P.O. Box 340
6 Washington, D.C. 20044
7 (202) 616-4221
8         Appearing on behalf of the Defendants.
9
10 VIDEOGRAPHER:   PHILLIP TODD
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                        Page 6
 1                    JULIE GOODMAN, PH.D.
 2         having been first duly sworn, was examined and
 3         testified on her oath as follows:
 4                    DIRECT EXAMINATION
 5   BY MR. HAINES:
 6   Q     Dr. Goodman, good morning.  My name is Patrick Haines.
 7         I'm with the law firm of Napoli Shkolnik for the
 8         Plaintiffs.  I'm going to ask you just a few questions
 9         here.  I don't think this will go terribly long, but
10         if you need to take a break at any point, just please
11         let us know, we're here at your discretion so if you
12         need to do anything or take a break or take a call,
13         that's totally fine.
14   A     Okay.  Thank you.
15   Q     Where are you located today?
16   A     In Canton, Massachusetts.
17   Q     My understanding is you have been retained to testify
18         as an expert witness in this case.  Is that your
19         understanding as well?
20   A     Yes.
21   Q     Could you just as a general matter state what you
22         understand the scope of your testimony to be in this
23         case?
24   A     My scope was to evaluate whether lead in water in
25         Flint contributed to any, contributed to increased
```

```
                                                             Page 7
 1          blood lead levels and then adverse health effects
 2          generally in the Plaintiffs.
 3    Q     Okay.  And you are a doctor, but not a medical doctor;
 4          correct?
 5    A     That is correct.
 6    Q     Nothing wrong with.  A Ph.D. is pretty hard to get
 7          too.  So I'm sure you worked hard to get it.  But I
 8          just want to make clear.  We understand.  What was
 9          your Ph.D. in, Doctor?
10    A     It was in environmental health sciences specializing
11          in toxicology.
12    Q     Okay.  So you are a toxicologist; is that the best
13          title that you feel?
14    A     Well, I have expertise in both toxicology and
15          epidemiology.
16    Q     Okay.
17    A     So.  Yes.
18    Q     Okay.  My understanding is you work with a company
19          called Gradient; is that correct?
20    A     Yes.
21    Q     Can you explain to me what Gradient is?
22    A     Gradient is a health sciences and risk assessment
23          consulting firm.
24    Q     Okay.  And the paperwork describes you as a principal
25          at Gradient.  Is there something -- what's the
```

Page 28

1                    CERTIFICATE OF NOTARY

2   STATE OF MICHIGAN     )

3                         ) SS

4   COUNTY OF OAKLAND     )

5

6           I, Robin D. Gadwa, Certified Shorthand
7     Reporter, a Notary Public in and for the above county
8     and state, do hereby certify that the above deposition
9     was taken before me at the time and place hereinbefore
10    set forth; that the witness was by me first duly sworn
11    to testify to the truth, and nothing but the truth,
12    that the foregoing questions asked and answers made by
13    the witness were duly recorded by me stenographically
14    and reduced to computer transcription; that this is a
15    true, full and correct transcript of my stenographic
16    notes so taken; and that I am not related to, nor of
17    counsel to any of the parties, nor interested in the
18    event of this cause.

19    *(signature)*

20    _____
21          ROBIN D. GADWA, CSR-2607, RPR, FPR, FAPR
22          Notary Public
23          Oakland County, Michigan
24          My commission expires: 12-08-2026
25