UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re* FTCA Flint Water Cases | Civil No. 4:17-cv-11218 (Consolidated) |
| | Linda V. Parker<br>United States District Judge |
| _____/ | |

**MOTION FOR A STAY**
**IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of all litigation activities in the above-referenced matter.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Environmental Protection Agency. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.     Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department.

4.     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.

5.     Opposing counsel has authorized counsel for the Government to state that the FTCA Plaintiffs object to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all litigation activities until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

| | |
|---|---|
| Dated: October 1, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>JONATHAN D. GUYNN<br>Deputy Assistant Attorney General<br>J. PATRICK GLYNN<br>Director<br>ALBERT LAI<br>Assistant Director<br><br>*/s/ Jason T. Cohen*<br>Jason T. Cohen (CA Bar No. 214438)<br>Nathan Bu<br>Lauren Gerber<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Torts Branch |

Environmental Torts Litigation Section
1100 L Street NW
Washington, DC 20005
E-mail: jason.t.cohen@usdoj.gov
Phone: 202-598-7450
*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a copy of the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all counsel of record.

*/s/ Jason T. Cohen*
Jason T. Cohen