## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re* FTCA Flint Water Cases,

_____/

This Motion Relates to:
ALL CASES

Civil No. 4:17-cv-11218

Linda V. Parker
United States District Judge

Curtis Ivy, Jr.
United States Magistrate Judge

---

### PLAINTIFFS' RESPONSE IN OPPOSITION TO
### DEFENDANT'S MOTION FOR STAY IN LIGHT OF APPROPRIATIONS

NOW COME, Plaintiffs, by and through their counsel and oppose a stay of this case for the following reason:

1.     Plaintiffs are aware that under the 2025 federal agency contingency plans applicable to the Department of Justice, criminal litigation will continue and "civil litigation will be curtailed or postponed to the extent" possible during a government shut down.

2.     However, this Court's work will continue as there are funds available that are not dependent on congressional appropriations.  Therefore, Defendant's request for a stay of all activities in this case is inappropriate and unwarranted.

3.     Moreover, given this Court's recent Order Denying the United States' Motion to Dismiss [ECF No.357], in conjunction with this Court's Case Management Order 4, ¶¶ III and IV, [ECF No. 172], the timeframe for next steps to be taken by the parties in this case is just weeks away, an order staying this case as to Defendants is unnecessary at this time.[1]

4.     Plaintiffs have already advised Defendant's counsel that they would stipulate to extend the times for required meet and confers, pursuant to Case Management Order 4, ¶¶ III and IV, [ECF No. 172], if the shutdown continued past the dates set forth in the CMO.

5.     Plaintiffs further advised Defendant's counsel that if additional days were ultimately needed for the required meet and confers, (which are to take place on or before October 13 and October 21, 2025, respectively), Plaintiffs would agree to extend deadlines for these meet and confers commensurate with the days of the shut down, but would oppose a stay order at this time.

6.     Plaintiffs are also aware that civil litigation in other districts is continuing, as some federal districts have already issued orders directing all "civil

---

[1] This is similar to what Defendant requested of Judge Levy in a motion filed this date in the *Meeks* matter. With the exception of proceeding with a scheduled deposition, Defendant has requested that "all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations." *In re Flint Water Case*, ECF No. 3302, ¶4. The *Meeks* Plaintiffs communicated to the United States that they also object to this stay and intend to oppose this request. *Id.* at ¶5.

2

litigation in which the United States, its agencies and/or employees are parties to proceed without delay." (See, for example, **Ex. 1**, Order of Chief Judge of the United States District Court for the Eastern District of Pennsylvania, Oct. 1, 2025).  With respect to pending civil litigation, the Department of Justice contingency plans provide that if courts deny requests to postpone or curtail litigation, the denial "constitutes express legal authorizations for the activity to continue" and counsel will continue its work in those matters.  See U.S. Department of Justice FY 2026 Contingency Plan, available at https://www.justice.gov/jmd/media/1377216/dl.

7.     In light of the extraordinary delays already experienced by Flint residents in this case, the facts that any deadlines impacting Defendant are weeks away, and that Plaintiffs agreed to accommodate additional days that may be needed for the requisite meet and confers to take place, pursuant to CMO No. 4 [ECF No. 172], and that this Court's operations are continuing, Plaintiffs oppose a blanket stay of this case in this matter as unnecessary at this time.

Respectfully submitted,

By: *s/ Deborah LaBelle*
Deborah A. LaBelle (P31595)
LAW OFFICES OF DEBORAH A. LABELLE
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
DATED:     October 1, 2025      (734) 996-5620 deblabelle@aol.com

Cary S. McGehee (P42318)
Beth M. Rivers (P33614)

PITT McGEHEE PALMER & RIVERS, PC
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
cmcgehee@pittlawpc.com
brivers@pittlawpc.com

Julie H. Hurwitz (P34720)
GOODMAN HURWITZ & JAMES, PC
1394 E. Jefferson Avenue
Detroit, MI 48207
(313) 567-6170
jhurwitz@goodmanhurwitz.com

*Attorneys for Plaintiffs*

By: */s/ Paul J. Napoli*
Paul J. Napoli
NAPOLI SHKOLNIK PLLC
270 Munoz Rivera Avenue, Suite 201
Hato Rey, Puerto Rico 00918
(787) 493-5088
pnapoli@nsprlaw.com

*Co-Lead Counsel for the FTCA Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above cause was served via the ECF filing system on October 1, 2025.

*/s/Betsy L. Lewis*
221 N Main St., Ste 300
Ann Arbor, MI 48104
734-996-5620
betsyllewis@gmail.com

4

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## <u>ORDER</u>

The United States District Court for the Eastern District of Pennsylvania is open during

any government shutdown or lapse in appropriations and expects all civil litigation in which the

United States, its agencies and/or employees are parties to proceed without delay.

BY THE COURT:

/s/ Wendy Beetlestone
HON. WENDY BEETLESTONE
*Chief Judge, United States District Court*

Dated:  October 1, 2025